# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

December 27, 2010

**To:** Michael W. Dobbins
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 10-3957
>
> Caption:
> NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED, et al.,
> Plaintiffs - Appellants
>
> v.
>
> CITY OF CHICAGO,
> Defendant - Appellee
>
> District Court No: 1:08-cv-03697
> Court Reporter Rosemary Scarpelli
> Clerk/Agency Rep Michael Dobbins
> District Judge Milton Shadur
>
> Date NOA filed in District Court: 12/27/2010

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)