# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

December 30, 2010

**By the Court:**

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., et al.,<br>    Plaintiffs-Appellants, | ] Appeals from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division. |
| Nos. 10-3957 and 10-3965     v. | ]<br>] Nos. 1:08-cv-03697 |
| CITY OF CHICAGO, et al.,<br>    Defendant-Appellee. | ]     1:08-cv-03696<br>]<br>] Milton I. Shadur, Judge. |

O R D E R

    The court, on its own motion, orders that these appeals are CONSOLIDATED for purposes of briefing and disposition.

    The briefing schedule is as follows:

1. The appellants shall file their joint consolidated brief and required short appendix on or before February 7, 2011.

2. The appellees shall file their respective briefs on or before March 9, 2011.

3. The appellants shall file their joint consolidated reply brief, if any, on or before March 23, 2011.

    Counsel for appellees are encouraged to avoid unnecessary duplication by filing a joint brief or a joint appendix or by adopting parts of a co-appellee's brief. Duplicative briefing will be stricken and may result in disciplinary sanctions against counsel. See *United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).

---

TE:     Counsel should note that the digital copy of the brief required by Circuit Rule 31(e) must contain the entire brief from cover to conclusion. The language in the rule that "[t]he disk contain nothing more than the text of the brief..." means that the disk must not contain other files, not that tabular matter or other sections of the brief not included in the word count should be omitted. The parties are advised that Federal Rule of Appellate Procedure

- over -

**26(c), which allows for three additional days after service by mail, does not apply when the due dates of briefs are set by order of this court. All briefs are due by the dates ordered.**

**Important Scheduling Notice!**

**Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http//www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).**