# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

## APPEARANCE FORM

Appellate Court No.: 10-3957
Short Caption: National Rifle Association of America, et al. v. City of Chicago
District Court Judge: Milton I. Shadur
District Court No.: 08 CV 3697

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

**City of Chicago** as the

[ ] appellant(s)      [X] appellee(s)       [ ] amicus curiae
[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

Firm, Office or Facility: City of Chicago Department of Law
Unit, Division or Section: Appeals Division
Address: 30 North LaSalle Street - Suite 800
City/State/Zip: Chicago, Illinois 60602
Firm Telephone Number: (312) 744-7764

U.S.C.A. – 7th Circuit
FILED
JAN X 5 2011  BLS
GINO J. AGNELLO
CLERK

|  | Admitted to Appellate Court | Lead Counsel |
|---|---|---|
| Name: **Mara S. Georges** Signature: [signed] | Y: X  N: _ | Y: _  N: X |
| Direct Phone No. (312) 744-0220 | | |
| Name: **Myriam Zreczny Kasper** Signature: [signed] | Y: X  N: _ | Y: _  N: X |
| Direct Phone No. (312) 744-3564 | | |
| Name: **Suzanne M. Loose** Signature: [signed] | Y: X  N: _ | Y: X  N: _ |
| Direct Phone No. (312) 744-8519 | | |

Email: sloose@cityofchicago.org

cc: Stephen A. Kolodziej
    Stephen P. Halbrook