**CIRCUIT RULE 26.1  DISCLOSURE STATEMENT**

Appellate Court No: 10-3965 consolidated w/10-3957

Short Caption: National Rifle Association, et al. v. Village of Oak Park

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[  ]  **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1)  The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

National Rifle Association of America, Inc. and

Dr. Gene A. Reisinger

(2)  The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Freeborn & Peters LLP; and Stephen P. Halbrook, Esq.

U.S.C.A. – 7th Circuit
RECEIVED
JAN 6 2011 RMS
GINO J. AGNELLO
CLERK

(3)  If the party or amicus is a corporation:

i)  Identify all its parent corporations, if any; and

N/A

ii)  list any publicly held company that owns 10% or more of the party's or amicus' stock:

N/A

Attorney's Signature: _____  Date: 1-5-11

Attorney's Printed Name: William N. Howard

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   Yes [ X ]   No [  ]

Address: Freeborn & Peters LLP, 311 S. Wacker Dr., Suite 3000,

Chicago, IL  60606

Phone Number: (312) 360-6415      Fax Number: (312) 360-6996

E-Mail Address: whoward@freebornpeters.com

rev. 01/08 AK

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a true and correct copy of this Notice and the instrument referenced herein to be served upon the parties of record, as shown below, via facsimile transmission and by placing a copy of same in an envelope addressed to said parties and depositing same, with postage prepaid, in the U.S. Mail at 311 S. Wacker Dr., Chicago, Illinois, on the **6th** day of **January, 2011**.

Lance C. Malina
Klein, Thorpe & Jenkins, Ltd.
20 North Wacker Drive
Suite 1660
Chicago, IL 60606-2903
(312) 984-6400
Email: lcmalina@ktjnet.com
*Atty for Oak Park*

Jacob Henry Karaca
Klein, Thorpe & Jenkins, Ltd.
20 North Wacker Drive
Suite 1660
Chicago, IL 60606-2903
(312) 984-6400
Email: jhkaraca@ktjnet.com
*Atty for Oak Park*

BY: _____
William N. Howard