# CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: 10-3957

Short Caption: National Rifle Association of America, Inc., et al. v. City of Chicago

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ] **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

National Rifle Association of America, Inc., Dr. Kathryn Tyler, Van F. Welton, and Brett Benson

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Stephen P. Halbrook, Esq.

Brenner, Ford, Monroe & Scott, Ltd.

(3) If the party or amicus is a corporation:

i) Identify all its parent corporations, if any; and

N/A

ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

N/A

Attorney's Signature: Stephen A. Kolodziej  Date: January 6, 2010
Attorney's Printed Name: Stephen A. Kolodziej

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d). Yes [ ] No [X]

Address: Brenner, Ford, Monroe & Scott, Ltd., 33 North Dearborn Street, Suite 300, Chicago, IL 60602

Phone Number: 312-781-1970  Fax Number: 312-781-9202

E-Mail Address: skolodziej@brennerlawfirm.com

rev. 01/08 AK

No. 10-3957

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., DR. KATHRYN TYLER, VAN F. WELTON and BRETT BENSON, | ) Appeal from the United States<br>) District Court for the Northern<br>) District of Illinois, Eastern Division<br>) |
| Plaintiffs/Appellants, | ) Case No. 08 CV 3697 |
| v. | ) |
| CITY OF CHICAGO, | ) The Honorable Judge<br>) Milton I. Shadur |
| Defendant/Appellee. | ) |

## NOTICE OF FILING

TO: **SEE ATTACHED SERVICE LIST**

**PLEASE TAKE NOTICE** that on the **6th** day of **January, 2011**, we filed with the Clerk of the United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn St., Chicago, Illinois 60604, Plaintiffs-Appellants' **Circuit Rule 26.1 Disclosure Statement**, a copy of which is attached hereto.

Respectfully Submitted,

**NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., DR. KATHRYN TYLER, VAN F. WELTON and BRETT BENSON,**
Plaintiffs-Appellants

BY: _____
One of Their Attorneys

Stephen A. Kolodziej, Esq.
**BRENNER, FORD, MONROE & SCOTT, LTD.**
33 North Dearborn Street, Suite 300
Chicago, Illinois 60602
(312) 781-1970

Stephen P. Halbrook, Esq.
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
(703) 352-7276

No. 10-3957

**CERTIFICATE OF SERVICE**

The undersigned attorney states that he caused a true and correct copy of Plaintiffs-Appellants' Circuit Rule 26.1 Disclosure Statement, and the attached Notice of Filing to be served upon the parties of record, as shown below, by placing a copy of same in an envelope addressed to said parties and depositing same, with postage prepaid, in the U.S. Mail at 33 North Dearborn St., Chicago, Illinois, on the 6th day of January, 2011.

Mara S. Georges
Myriam Zreczny Kasper
Suzanne M. Loose
City of Chicago Department of Law
Appeals Division
30 North LaSalle Street, Suite 800
Chicago, Illinois 60602

BY: _____
Stephen A. Kolodziej