# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| National Rifle Association of America, Inc., et al. v. City | Northern District of Illinois | 08-cv-3697 |
| | District Judge: Milton I. Shadur | Court Reporter: Rosemary Scarpelli |

[✓] I am ordering transcript.
[ ] I am not ordering transcript, because:
[ ] The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

Signature: *Stephen A. Kolodziej*

Indicate proceedings for which transcript is required. Dates must be provided:

[ ] Pretrial proceedings. *Specify:*
[ ] Voir Dire

Trial or Hearing. *Specify:*
[ ] Opening statement
[ ] Instruction conference
[ ] Closing statements
[ ] Court instructions
[ ] Post-trial proceedings. *Specify:*
[ ] Sentencing
[✓] Other proceedings. *Specify:* Status hearing on motion for attorney's fees — 12/21/2010

U.S.C.A. – 7th Circuit RECEIVED BLS JAN X 7 2011 GINO J. AGNELLO CLERK

U.S.C.A. – 7th Circuit FILED JAN X 7 2011 BLS GINO J. AGNELLO CLERK

Method of Payment: [ ] Cash [✓] Check or Money Order [ ] C.J.A. Voucher
Status of Payment: [✓] Full Payment [ ] Partial Payment [ ] No Payment Yet

Signature: *Stephen A. Kolodziej*
Address: Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn St., Suite 300, Chicago, IL 60602
Telephone No. 312-781-1970
Date: 01/06/2011

**PART II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment* have been made.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| 10-3957 | 1/6/10 | 1/6/10 | |

Signature of Court Reporter: *Rosemary Scarpelli*    Date: 1/7/10

**NOTICE:** The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

*Original* to Court Reporter. *Copies* to: • U.S.C.A. Clerk • Service Copy • District Court Clerk and to • Party / Counsel Ordering Transcript.

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 20100204

| | |
|---|---|
| Stephen A. KOLODZIEJ<br>BRENNER FORD MONROE & SCOTT, LTD.<br>33 North Dearborn Street<br>Suite 300<br>Chicago, IL 60602<br>Phone: (312) 781-1970 | **MAKE CHECKS PAYABLE TO:**<br>Rosemary Scarpelli<br>Official Court Reporter<br>219 South Dearborn Street<br>Room 1412<br>Chicago, IL 60604<br>Phone: (312) 435-5815<br>Tax ID: 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<br>Rosemary_Scarpelli@ilnd.uscourts.gov |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 01-06-2011 | DATE DELIVERED: 01-06-2011 |
|---|---|---|---|

Case Style: 08 C 3697, NRA, et al. v City of Chicago, et al.
12/21/10 Transcript of Proceedings before Judge Milton I. Shadur

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 14 | 0.90 | 12.60 | | 0.60 | | 12.60 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 12.60 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |

| Date Paid: | Amt: | TOTAL DUE: | $12.60 |
|---|---|---|---|

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE *Rosemary Scarpelli* | DATE 01-06-2011 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com

No. 10-3957

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., DR. KATHRYN TYLER, VAN F. WELTON and BRETT BENSON, | ) Appeal from the United States<br>) District Court for the Northern<br>) District of Illinois, Eastern Division<br>) |
| Plaintiffs/Appellants, | ) Case No. 08 CV 3697 |
| v. | ) |
| CITY OF CHICAGO, | ) The Honorable Judge<br>) Milton I. Shadur |
| Defendant/Appellee. | ) |

## NOTICE OF FILING

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 7th day of **January, 2011**, we filed with the Clerk of the United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn St., Chicago, Illinois 60604, Plaintiffs-Appellants' **Transcript Information Sheet,** a copy of which is attached hereto.

U.S.C.A. — 7th Circuit
RECEIVED

BLS   JAN X 7 2011

GINO J. AGNELLO
CLERK

Respectfully Submitted,

NATIONAL RIFLE ASSOCIATION
OF AMERICA, INC., DR. KATHRYN TYLER,
VAN F. WELTON and BRETT BENSON,
Plaintiffs-Appellants

BY: _____
One of Their Attorneys

Stephen A. Kolodziej, Esq.
**BRENNER, FORD, MONROE
& SCOTT, LTD.**
33 North Dearborn Street, Suite 300
Chicago, Illinois 60602
(312) 781-1970

Stephen P. Halbrook, Esq.
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
(703) 352-7276

No. 10-3957

**CERTIFICATE OF SERVICE**

The undersigned attorney states that he caused a true and correct copy of Plaintiffs-Appellants' Transcript Information Sheet, and the attached Notice of Filing to be served upon the parties of record, as shown below, by placing a copy of same in an envelope addressed to said parties and depositing same, with postage prepaid, in the U.S. Mail at 33 North Dearborn St., Chicago, Illinois, on the 7th day of January, 2011.

Mara S. Georges
Myriam Zreczny Kasper
Suzanne M. Loose
City of Chicago Department of Law
Appeals Division
30 North LaSalle Street, Suite 800
Chicago, Illinois 60602

BY: _____
Stephen A. Kolodziej