

# United States DistrictCourt
NORTHERN DISTRICT OF ILLINOIS
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**

CLERK 312-435-5670

January 12, 2011

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: *NRA of America -v- The City of Chicago*

U.S.D.C. DOCKET NO. *08 cv 3697*

U.S.C.A. DOCKET NO. : *10 - 3957*

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC VOLUME(s) OF PLEADING(S): *1*

ELECTRONIC VOLUME(S) of TRANSCRIPTS:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S)

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                              Very truly yours,

                                              Michael W. Dobbins, Clerk

                                              By /s/ D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: NRA -v- The City of Chicago.

USDC NO.   : 08 cv 3697

USCA NO.   : 10-3957

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 12th day of Jan. 2011.

MICHAEL W. DOBBINS, CLERK

By: /s/ D. Jordan, Deputy Clerk

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/ D. JORDAN
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

DATE: JANUARY 12, 2011

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-03697
### Internal Use Only

| | |
|---|---|
| National Rifle Association of America, Inc. et al v. The City of Chicago et al<br>Assigned to: Honorable Milton I. Shadur<br>Case in other court:  08-04241.<br>  10-03957<br><br>Cause: 28:2201 Constitutionality of State Statute(s) | Date Filed: 06/27/2008<br>Date Terminated: 12/18/2008<br>Jury Demand: Defendant<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**Plaintiff**

**National Rifle Association of America, Inc.**   represented by   **Stephen P. Halbrook**
Attorney at Law
10560 Main St., Suite 404
Fairfax, VA 22030
(703) 352-7276
Email: protell@aol.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen A. Kolodziej**
Brenner, Ford, Monroe & Scott, Ltd
33 North Dearborn Street
Suite 300
Chicago, IL 60602
(312) 781-1970
Email: skolodziej@brennerlawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dr. Kathryn Tyler**   represented by   **Stephen P. Halbrook**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen A. Kolodziej**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Burton** represented by **Stephen P. Halbrook**
*TERMINATED: 12/18/2008* (See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen A. Kolodziej**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Van F Welton** represented by **Stephen P. Halbrook**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen A. Kolodziej**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brett Benson** represented by **Stephen P. Halbrook**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen A. Kolodziej**
(See above for address)
*ATTORNEY TO BE NOTICED*

*V.*

**Defendant**

| | | |
|---|---|---|
| **The City of Chicago** | represented by | **Andrew W Worseck**<br>City of Chicago, Department of Law<br>30 North LaSalle Street<br>Suite 900<br>Chicago, IL 60602<br>(312) 744-9010<br>Email: aworseck@cityofchicago.org<br>*ATTORNEY TO BE NOTICED*<br><br>**Rebecca Alfert Hirsch**<br>city of chicago<br>30 N. LaSalle St<br>Suite 1230<br>Chicago, IL 60602<br>(312) 742-0260<br>Email: rebecca.alfert@cityofchicago.org<br>*ATTORNEY TO BE NOTICED*<br><br>**William Macy Aguiar**<br>City of Chicago, Department of Law<br>30 North LaSalle Street<br>Suite 900<br>Chicago, IL 60602<br>(312) 744-9010<br>Email: waguiar@cityofchicago.org<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Richard M. Daley**
*Mayor of the City of Chicago*
*TERMINATED: 07/25/2008*

**Defendant**

**M.S.C.A. Vance Medical Administrator**

**Movant**

**Attorney Stephen P. Halbrook**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2008 | 1 | COMPLAINT filed by National Rifle Association of America, Inc., Kathryn Tyler, Anthony Burton, Van F Welton, Brett Benson. (jmp, ) (Entered: 06/30/2008) |
| 06/27/2008 | 2 | CIVIL Cover Sheet.(jmp, ) (Entered: 06/30/2008) |
| 06/27/2008 | 3 | ATTORNEY Appearance for Plaintiffs National Rifle Association of America, Inc., Kathryn Tyler, Anthony Burton, Van F Welton, Brett Benson by Stephen A. Kolodziej. (jmp, ) (Entered: 06/30/2008) |
| 06/27/2008 | 4 | (Court only) RECEIPT regarding payment of filing fee paid on 6/27/2008 in the amount of $350.00, receipt number 289 4288. (jmp, ) (Entered: 06/30/2008) |
| 07/08/2008 | 5 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 07520000000002916808. (Attachments: # 1 Exhibit Stephen P. Halbrook court admissions information)(Halbrook, Stephen) (Entered: 07/08/2008) |
| 07/25/2008 | 6 | EXECUTIVE COMMITTEE ORDER: In accordance with the provisions of Local Rule 40.4, Finding of Relatedness, case reassigned to the Honorable Milton I. Shadur for all further proceedings. Signed by Executive Committee on 7/25/2008. (jmp, ) (Entered: 07/28/2008) |
| 07/25/2008 | | (Court only) *** Defendant Richard Daley dismissed in accordance with court's ruling in 08-3645(srn, ) (Entered: 08/18/2008) |
| 07/29/2008 | | (Court only) ***Attorney Stephen P. Halbrook for Brett Benson, National Rifle Association of America, Inc., Kathryn Tyler, Anthony Burton and Van F Welton added. (jmp, ) (Entered: 07/29/2008) |
| 07/29/2008 | | (Court only) ***Attorney James W. Halbrooks, Jr for National Rifle Association of America, Inc., Kathryn Tyler, Anthony Burton, Van F Welton and Brett Benson added. (jmp, ) (Entered: 07/29/2008) |
| 07/29/2008 | 7 | MINUTE entry before the Honorable Milton I. Shadur: Stephen P. Halbrooks motion for leave to appear pro hac vice 5 is granted. Mailed notice <> (jmp, ). (Entered: 07/29/2008) |
| 08/12/2008 | 8 | SUMMONS Issued as to Defendant City of Chicago. (aac, ) (Entered: 08/13/2008) |
| 08/18/2008 | 9 | MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 8/18/2008. City of Chicago's Answer is due on or before September 2, 2008. Status hearing set for 9/10/2008 at 09:00 AM.Mailed notice (srn, ) (Entered: 08/18/2008) |
| 09/02/2008 | 10 | ATTORNEY Appearance for Defendant The City of Chicago by William |

| | | |
|---|---|---|
| | | Macy Aguiar (Aguiar, William) (Entered: 09/02/2008) |
| 09/02/2008 | 11 | ANSWER to Complaint with Jury Demand by The City of Chicago(Aguiar, William) (Entered: 09/02/2008) |
| 09/02/2008 | 12 | NOTICE by The City of Chicago re answer to complaint 11 (Aguiar, William) (Entered: 09/02/2008) |
| 09/03/2008 | 13 | ATTORNEY Appearance for Defendant The City of Chicago by Rebecca Alfert (Alfert, Rebecca) (Entered: 09/03/2008) |
| 09/10/2008 | 14 | MINUTE entry before the Honorable Milton I. Shadur: Status hearing held on 9/10/2008. Status hearing set for 11/10/2008 at 09:00 AM. Mailed notice (srn, ) (Entered: 09/10/2008) |
| 09/23/2008 | 15 | ATTORNEY Appearance for Defendant The City of Chicago by Andrew W Worseck (Worseck, Andrew) (Entered: 09/23/2008) |
| 10/22/2008 | 16 | MOTION by Plaintiffs National Rifle Association of America, Inc., Kathryn Tyler, Anthony Burton, Van F Welton, Brett Benson to set a briefing schedule *Rule 16 Motion for Briefing and Disposition of Second Amendment Incorporation Issue and to Stay Discovery Pending Same* (Attachments: # 1 Exhibit Defendant's First Document Request, # 2 Exhibit Defendant's First Interrogatories, # 3 Exhibit Letter to Defense Counsel of 10.17.08)(Kolodziej, Stephen) (Entered: 10/22/2008) |
| 10/22/2008 | 17 | *Notice of Motion for Rule 16 Motion for Briefing and Disposition of Second Amendment Incorporation Issue and to Stay Discovery Pending Same* NOTICE of Motion by Stephen A. Kolodziej for presentment of motion by filer to set a briefing schedule, 16 before Honorable Milton I. Shadur on 10/28/2008 at 09:15 AM. (Kolodziej, Stephen) (Entered: 10/22/2008) |
| 10/23/2008 | 18 | MOTION by Plaintiffs National Rifle Association of America, Inc., Kathryn Tyler, Anthony Burton, Van F Welton, Brett Benson to strike *Motion to Strike Jury Demand* (Attachments: # 1 Exhibit Oak Park Motion to Strike Jury Demand)(Kolodziej, Stephen) (Entered: 10/23/2008) |
| 10/23/2008 | 19 | NOTICE of Motion by Stephen A. Kolodziej for presentment of motion to strike, 18 before Honorable Milton I. Shadur on 10/28/2008 at 09:15 AM. (Kolodziej, Stephen) (Entered: 10/23/2008) |
| 10/28/2008 | 20 | MINUTE entry before the Honorable Milton I. Shadur:Motion to set a briefing schedule 16 is granted. Parties' submissions are due on or before December 1, 2008. Motion to strike jury demand 18 is entered and continued to November 10, 2008 at 9:15 a.m. Motion hearing held on 10/28/2008 Status hearing set for 12/4/2008 at 09:00 AM.Mailed notice (srn, ) (Entered: 10/29/2008) |
| 11/07/2008 | 21 | MINUTE entry before the Honorable Milton I. Shadur: Motion to strike jury demand 18 is denied as moot. By agreement of the parties the jury demand is withdrawn. The November 10, 2008 status date is stricken. Status hearing set |

| | | |
|---|---|---|
| | | for 12/4/2008 at 09:00 AM. Mailed notice (srn, ) (Entered: 11/07/2008) |
| 12/01/2008 | 22 | MEMORANDUM by National Rifle Association of America, Inc., Kathryn Tyler, Anthony Burton, Van F Welton, Brett Benson *Memorandum in Support of Claim that the Second Amendment is Incorporated into the Fourteenth Amendment so as to be Applicable to States and Localities* (Kolodziej, Stephen) (Entered: 12/01/2008) |
| 12/01/2008 | 23 | ~~NOTICE by National Rifle Association of America, Inc., Kathryn Tyler, Anthony Burton, Van F Welton, Brett Benson re memorandum, 22 *Notice of Filing* (Kolodziej, Stephen) (Entered: 12/01/2008)~~ |
| 12/03/2008 | 24 | MINUTE entry before the Honorable Milton I. Shadur: The December 4, 2008 status date is stricken. This Court will set a new status date after the completion of the trial that it is currently conducting. Mailed notice (srn, ) (Entered: 12/03/2008) |
| 12/04/2008 | 25 | MINUTE entry before the Honorable Milton I. Shadur: Enter Memorandum Opinion and Order. Status hearing set for 12/9/2008 at 08:45 AM.Mailed notice (srn, ) (Entered: 12/04/2008) |
| 12/04/2008 | 26 | MEMORANDUM Opinion and Order Signed by the Honorable Milton I. Shadur on 12/4/2008:Mailed notice(srn, ) (Entered: 12/04/2008) |
| 12/09/2008 | 27 | MINUTE entry before the Honorable Milton I. Shadur: Status hearing held on 12/9/2008. Counsel is to submit a draft order for consideration. Status hearing set for 12/18/2008 at 08:45 AM.Mailed notice (srn, ) (Entered: 12/09/2008) |
| 12/09/2008 | 28 | MOTION by Plaintiff Anthony BurtonDrop Party Plaintiff *Rule 21 Motion to Drop Party Plaintiff* (Kolodziej, Stephen) (Entered: 12/09/2008) |
| 12/09/2008 | 29 | ~~NOTICE of Motion by Stephen A. Kolodziej for presentment of motion for miscellaneous relief 28 before Honorable Milton I. Shadur on 12/18/2008 at 09:15 AM. (Kolodziej, Stephen) (Entered: 12/09/2008)~~ |
| 12/18/2008 | 30 | STIPULATION of Dismissal *Stipulation of Dismissal of Count III of the Complaint With Prejudice* (Kolodziej, Stephen) (Entered: 12/18/2008) |
| 12/18/2008 | 31 | ~~NOTICE by National Rifle Association of America, Inc., Kathryn Tyler, Van F Welton, Brett Benson re stipulation of dismissal 30 *Notice of Filing Stipulation of Dismissal of Count III of the Complaint With Prejudice* (Kolodziej, Stephen) (Entered: 12/18/2008)~~ |
| 12/18/2008 | 32 | NOTICE of appeal by National Rifle Association of America, Inc., Kathryn Tyler, Van F Welton, Brett Benson regarding orders 31 Filing fee $ 455, receipt number 07520000000003368579. (Kolodziej, Stephen) (Entered: 12/18/2008) |
| 12/18/2008 | 33 | Amended Notice of Appeal by National Rifle Association of America, Inc., Kathryn Tyler, Van F Welton, Brett Benson (Kolodziej, Stephen) (Entered: 12/18/2008) |

| | | |
|---|---|---|
| 12/18/2008 | 37 | MINUTE entry before the Honorable Milton I. Shadur: Status hearing held. Plaintiff's motion to drop party plaintiff is granted [28-1] Anthony Burton is dropped as a party plaintiff. Pursuant to the Stipulation of Dismissal filed 12/1/2008, Count III of the Complaint is hereby dismissed with prejudice. Enter Order. This Court hereby grants the oral motion of the City of Chicago pursuant o Fed. R. Civ. P. 12 for judgment on the pleadings on Counts I and II of the Complaint. Judgment is hereby entered in favor of the City of Chicago and against Plaintiffs on Counts I and II of the complaint. Anthony Burton terminated., Civil case terminated. [For further detail see separate order(s).] Mailed notice (jmp, ) (Entered: 12/22/2008) |
| 12/18/2008 | 38 | ENTER ORDER Signed by the Honorable Milton I. Shadur on 12/18/2008: Mailed notice (jmp, ) (Entered: 12/22/2008) |
| 12/18/2008 | 39 | ENTERED JUDGMENT (jmp, ) (Entered: 12/22/2008) |
| 12/19/2008 | 34 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 12/19/2008)~~ |
| 12/19/2008 | 35 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 32. Notified counsel (dj, ) (Entered: 12/19/2008)~~ |
| 12/19/2008 | 36 | ~~TRANSMITTED to the 7th Circuit the short record on the amended notice of appeal 32. Notified counsel (dj, ) (Entered: 12/19/2008)~~ |
| 12/19/2008 | 40 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 32 ; USCA Case No. 08-4239. (jmp, ) (Entered: 12/22/2008)~~ |
| 12/19/2008 | 41 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 32 ; USCA Case No. 08-4241. (jmp, ) (Entered: 12/22/2008)~~ |
| 12/19/2008 | 42 | ~~CIRCUIT Rule 3(b) Notice regarding appeal 08-4241. (jmp, ) (Entered: 12/22/2008)~~ |
| 12/19/2008 | 43 | ~~NOTICE of case opening regarding appeal #8-4239. by plaintiffs. (jmp, ) (Entered: 12/22/2008)~~ |
| 12/19/2008 | 44 | ~~NOTICE of case opening regarding apeal #8-4241 by plaintiffs. (jmp, ) (Entered: 12/22/2008)~~ |
| 01/07/2009 | 45 | ~~USCA ORDER dated 1/7/2009 regarding notice of appeal 32 ; USCA No. 08-4239. Upon consideration of the MOTION for voluntary dismissal of appeal No. 08-4239 filed on January 6, 2009 by counsel for the appellants, IT IS ORDERED that the motion is granted and this appeal is dismissed pursuant to Federal Rule of Appellate Procedure 42(b). (jmp,) (Entered: 01/09/2009)~~ |
| 01/07/2009 | 46 | ~~NOTICE OF ISSUANCE OF MANDATE of USCA dated 1/7/2009 regarding notice of appeal 32 ; USCA No. 08-4239 j. Herewith is the mandate of this court in this appeal, along with the bill of costs, if any. A certified copy of the opinion order of the court and judgment, if any, and any direction as to costs shall constitute the mandate. (jmp, ) (Entered: 01/09/2009)~~ |

| | | |
|---|---|---|
| 01/20/2009 | 47 | TRANSMITTED to the USCA for the 7th Circuit the long record on appeal 32 (USCA no. 08-4241) consisting of 1 volume of pleadings. (ef, ) (Entered: 01/20/2009) |
| 01/20/2009 | 48 | USCA RECEIVED on 1/20/09 the long record regarding notice of appeal 32 (dj, ) (Entered: 01/22/2009) |
| 01/29/2009 | 49 | CIRCUIT Rule 3(b) Notice. (jmp, ) (Entered: 01/29/2009) |
| 01/29/2009 | 50 | LETTER from the USCA retaining the record on appeal in USCA no. 08-4241. Record to be returned at a later date; Notice of Issuance of Mandate. (jmp, ) (Entered: 01/29/2009) |
| 02/02/2009 | 51 | CERTIFIED copy of order dated 2/2/09 from the USCA regarding notice of appeal 32 ; Appellate case no. : 08-4241 (cdy, ) (Entered: 02/03/2009) |
| 02/02/2009 | 52 | (Court only) RECEIPT regarding payment of filing fee paid for Notice of Appeal on 2/2/2009 in the amount of $455.00, receipt number 4624016262 (08A4241)(cdy, ) (Entered: 02/03/2009) |
| 06/24/2009 | 53 | BILL OF COSTS Taxed in favor of City of Chicago in amount of $ 190.80 and against National Rifle Association of America, Inc., et al. (jmp, ) (Entered: 06/24/2009) |
| 06/24/2009 | 54 | LETTER from the Seventh Circuit returning the record on appeal in USCA no. 08-4241, 08-4244, 08-4243 consisting of three (3) volume pleadings. (kj, ) Modified on 6/26/2009 (kj, ). (Entered: 06/26/2009) |
| 12/31/2009 | 56 | RECORD for certiorari transmittal form from the Seventh Circuit.(tc, ) (Entered: 01/04/2010) |
| 01/04/2010 | 55 | TRANSMITTED to the US Supreme Ct. the long record on appeal 32 (USCA no. 08-4241)(via E-mail) (dj, ) (Entered: 01/04/2010) |
| 09/16/2010 | 57 | LETTER from the Seventh Circuit regarding the record on appeal in USCA nos. 08-4241, 08-4243, 08-4244: no record to be returned. (psm, ) (Entered: 09/17/2010) |
| 09/16/2010 | 58 | MANDATE of USCA dated 8/25/2010 regarding notice of appeal 32 ; USCA No. 08-4241, 08-4243, 08-4244; We VACATE the district court's judgments and REMAND with instructions to dismiss as moot. The above is in accordance with the decision of this court entered on this date. Appellants (McDonald and NRA) recover costs. (psm, ) (Entered: 09/17/2010) |
| 09/16/2010 | 59 | OPINION from the USCA for the Seventh Circuit dated 8/25/2010 in USCA case nos. 08-4241, 08-4243, 08-4244. (psm, ) (Entered: 09/17/2010) |
| 09/16/2010 | 60 | BILL of Costs from the USCA Appeal nos. 08-4241, 08-4243, 08-4244. (psm, ) (Entered: 09/17/2010) |
| 09/16/2010 | 61 | BILL of Costs from the USCA Appeal nos. 08-4241, 08-4243, 08-4244. (psm, ) (Entered: 09/17/2010) |

| | | |
|---|---|---|
| 09/16/2010 | 62 | BILL of Costs from the USCA Appeal nos. 08-4241, 08-4243, 08-4244. (psm, ) (Entered: 09/17/2010) |
| 10/12/2010 | 63 | MINUTE entry before Honorable Milton I. Shadur:This action is hereby dismissed as moot.Mailed notice (srn, ) (Entered: 10/12/2010) |
| 10/21/2010 | 64 | MOTION by Plaintiffs Brett Benson, National Rifle Association of America, Inc., Kathryn Tyler, Van F Welton for attorney fees *Motion for Entry of Schedule for Motion for Attorneys' Fees* (Kolodziej, Stephen) (Entered: 10/21/2010) |
| 10/21/2010 | 65 | *Notice of Motion for Entry of Schedule for Motion for Attorneys' Fees* NOTICE of Motion by Stephen A. Kolodziej for presentment of motion for attorney fees 64 before Honorable Milton I. Shadur on 10/26/2010 at 09:15 AM. (Kolodziej, Stephen) (Entered: 10/21/2010) |
| 10/26/2010 | 66 | MINUTE entry before Honorable Milton I. Shadur:Motion for attorney fees 64 is entered and continued. Simultaneous cross filings and supporting memorandum as to prevailing party status are to be filed on or before 11/23/10. Motion hearing held on 10/26/2010. Status hearing set for 11/29/2010 at 08:45 AM.Mailed notice (srn, ) (Entered: 10/26/2010) |
| 11/10/2010 | 67 | MOTION by Defendant The City of Chicago for extension of time *to file cross briefs regarding prevailing party status* (Hirsch, Rebecca) (Entered: 11/10/2010) |
| 11/10/2010 | 68 | NOTICE of Motion by Rebecca Alfert Hirsch for presentment of extension of time 67 before Honorable Milton I. Shadur on 11/16/2010 at 09:15 AM. (Hirsch, Rebecca) (Entered: 11/10/2010) |
| 11/12/2010 | 69 | MINUTE entry before Honorable Milton I. Shadur:Motion for extension of time to file briefs regarding prevailing party status to and including 12/15/10 67 is granted. Status hearing set for 12/21/2010 at 09:00 AM. The 11/29 status date is vacated. Mailed notice (srn, ) (Entered: 11/12/2010) |
| 12/15/2010 | 70 | MEMORANDUM by The City of Chicago *Contesting Plaintiffs' Status As Prevailing Parties Entitled To Attorneys' Fees* (Attachments: # 1 Exhibit Exhibits A through D)(Hirsch, Rebecca) (Entered: 12/15/2010) |
| 12/15/2010 | 71 | MEMORANDUM motion for attorney fees 64 by Brett Benson, National Rifle Association of America, Inc., Kathryn Tyler, Van F Welton *Memorandum In Support of Plaintiffs' "Prevailing Party" Status in Relation to Their Motion for Attorneys' Fees* (Attachments: # 1 Appendix Reports of Proceedings)(Kolodziej, Stephen) (Entered: 12/15/2010) |
| 12/15/2010 | 72 | CERTIFICATE of Service by Stephen A. Kolodziej on behalf of Brett Benson, National Rifle Association of America, Inc., Kathryn Tyler, Van F Welton regarding memorandum, 71 (Kolodziej, Stephen) (Entered: 12/15/2010) |
| 12/21/2010 | 73 | MINUTE entry before Honorable Milton I. Shadur: Status hearing held on |

| | | |
|---|---|---|
| | | 12/21/2010.Mailed notice (srn, ) (Entered: 12/21/2010) |
| 12/22/2010 | 74 | MINUTE entry before Honorable Milton I. Shadur: Enter Memorandum Opinion and Order. Accordingly NRA's motions for Section 1988 fee awards are denied. 64 Mailed notice (srn, ) (Entered: 12/22/2010) |
| 12/22/2010 | 75 | MEMORANDUM Opinion and Order Signed by the Honorable Milton I. Shadur on 12/22/2010:Mailed notice(srn, ) (Entered: 12/22/2010) |
| 12/27/2010 | 76 | NOTICE of appeal by Brett Benson, National Rifle Association of America, Inc., Kathryn Tyler, Van F Welton regarding orders 74 , 75 Filing fee $ 455, receipt number 0752-5553200. (Attachments: # 1 Exhibit Memorandum Opinion and Order 12/22/2010)(Kolodziej, Stephen) (Entered: 12/27/2010) |
| 12/27/2010 | 77 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 12/27/2010)~~ |
| 12/27/2010 | 78 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal, 76 . Notified counsel (dj, ) (Entered: 12/27/2010)~~ |
| 12/28/2010 | 79 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal, 76 ; USCA Case No. 10-3957. (ph, ) (Entered: 12/28/2010)~~ |
| 12/28/2010 | 80 | ~~NOTICE from 7th Circuit of case opening regarding notice of appeal 76 ; USCA Case No. 10-3957. (ph, ) (Entered: 12/28/2010)~~ |
| 01/07/2011 | 81 | ~~SEVENTH CIRCUIT transcript information sheet by Brett Benson, National Rifle Association of America, Inc., Kathryn Tyler, Van F Welton (Kolodziej, Stephen) (Entered: 01/07/2011)~~ |
| 01/07/2011 | 82 | MINUTE entry before Honorable Milton I. Shadur:Enter Supplement to Memorandum Opinions and Orders. And that,given the intervening repeal of the ordinance, was clearly a dismissal for mootness, again not a Buckhannon-qualifying ruling. Mailed notice (srn, ) (Entered: 01/10/2011) |
| 01/07/2011 | 83 | Supplement to MEMORANDUM Opinion and Order Signed by the Honorable Milton I. Shadur on 1/7/2011:Mailed notice(srn, ) (Entered: 01/10/2011) |

**KEY**

All items are included in this record.
All crossed out items are not included in the record.
S/C:  These items are sent under a separate certificate.
N/A:  These items are not available.