

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

312-435-5670

January 18, 2011

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: National Rifle Association of America, Inc. Et al v. Village of Oak Park et al

U.S.D.C. DOCKET NO. : 08cv3696

U.S.C.A. DOCKET NO. : 10-3965

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC  VOLUME(S) OF PLEADING(S)                         1

 VOLUME(S) OF TRANSCRIPT(S)

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
     G. Lewis, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 Electronic Volume of Pleadings

In the cause entitled: National Rifle Association of America, Inc. Et al v. Village of Oak Park et al.

USDC NO.    : 08cv3696

USCA NO.    : 10-3965

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 18th day of January 2011.

MICHAEL W. DOBBINS, CLERK

By: _____
    G. Lewis, Deputy Clerk

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By  s/ G. LEWIS
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: JANUARY 18, 2011

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:08-cv-03696
# Internal Use Only

National Rifle Association of America, Inc. et al v. Village of Oak Park et al

Assigned to: Honorable Milton I. Shadur

Case in other court: 08-04243

10-03965

Cause: 28:2201 Injunction

Date Filed: 06/27/2008
Date Terminated: 12/18/2008
Jury Demand: Defendant
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

## Plaintiff

**National Rifle Association of America, Inc.**

represented by **William Nicholas Howard**
Freeborn & Peters
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
(312)360-6000
Email: whoward@freebornpeters.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen P. Halbrook**
Attorney at Law
10560 Main St., Suite 404
Fairfax, VA 22030
(703) 352-7276
Email: protell@aol.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Robert Klein Engler**

represented by **William Nicholas Howard**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen P. Halbrook**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Dr. Gene A. Reisinger** | represented by | **William Nicholas Howard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED* |

**Stephen P. Halbrook**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Village of Oak Park** | represented by | **Lance C. Malina**
Klein, Thorpe & Jenkins, Ltd.
20 North Wacker Drive
Suite 1660
Chicago, IL 60606-2903
(312) 984-6400
Email: lcmalina@ktjnet.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED* |

**Alexandra Elaine Shea**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
312 701 8398
Email:
courtnotification@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Jacob Henry Karaca**

Klein, Thorpe & Jenkins, Ltd.
20 North Wacker Drive
Suite 1660
Chicago, IL 60606-2903
(312) 984-6400
Email: jhkaraca@ktjnet.com
*ATTORNEY TO BE NOTICED*

**Marc Richard Kadish**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
Email:
courtnotification@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Ranjit James Hakim**
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 701-8758
Email:
courtnotification@mayerbrown.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**David Pope**                           represented by **Lance C. Malina**
*President*                                (See above for address)
*TERMINATED: 09/19/2008*          *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Jacob Henry Karaca**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**Otis McDonald**

<u>**Movant**</u>

**David Lawson**

**Movant**

**Colleen Lawson**

**Movant**

**Adam Orlov**

**Movant**

**Second Amendment Foundation, Inc.**

**Movant**

**Illinois State Rifle Association**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2008 | 1 | COMPLAINT filed by National Rifle Association of America, Inc., Robert Klein Engler, Gene A. Reisinger; Filing fee $350.(hp, ) (Entered: 06/30/2008) |
| 06/27/2008 | 2 | CIVIL Cover Sheet (hp, ) (Entered: 06/30/2008) |
| 06/27/2008 | 3 | ATTORNEY Appearance for Plaintiffs National Rifle Association of America, Inc., Robert Klein Engler, Gene A. Reisinger by William Nicholas Howard (hp, ) (Entered: 06/30/2008) |
| 06/27/2008 | 4 | LR 3.2 Notification of Affiliates by National Rifle Association of America, Inc., Robert Klein Engler, Gene A. Reisinger (hp, ) (Entered: 06/30/2008) |
| 06/27/2008 | 5 | (Court only) RECEIPT regarding payment of filing fee paid on 6/27/2008 in the amount of $350.00, receipt number 2894293 (hp, ) (Entered: 06/30/2008) |
| 07/07/2008 | 6 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 07520000000002913710. (Halbrook, Stephen) (Entered: 07/07/2008) |
| 07/23/2008 | 7 | ATTORNEY Appearance for Defendants Village of Oak Park, David Pope by Jacob Henry Karaca (Karaca, Jacob) (Entered: 07/23/2008) |
| 07/23/2008 | 8 | SUMMONS Issued as to Defendants Village of Oak Park, David Pope. (ep, ) (Entered: 07/24/2008) |
| 07/28/2008 | 9 | ATTORNEY Appearance for Defendants Village of Oak Park, David Pope by Lance C. Malina (Malina, Lance) (Entered: 07/28/2008) |
| 07/30/2008 | 10 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable Milton I. Shadur for all further proceedings. Case No. 08 C 3696 is related to |

| | | Case No. 08 C 3645. (For further details see order.) Signed by Honorable Milton I. Shadur on 7/29/2008. (hp, ) (Text Modified on 8/18/2008)(hp, ). (Entered: 08/04/2008) |
|---|---|---|
| 07/30/2008 | | Case Reassigned to the Honorable Milton I. Shadur. The Honorable Joan H. Lefkow no longer assigned to the case. Cases associated: Case No. 08 C 3696 is related to Case No. 08 C 3645. (hp, ) (Entered: 08/18/2008) |
| 08/14/2008 | 11 | AFFIDAVIT of Service filed by Plaintiffs National Rifle Association of America, Inc., Robert Klein Engler, Gene A. Reisinger regarding Summons and Complaint served on Village of Oak Park and David Pope on August 1, 2008 (Howard, William) (Entered: 08/14/2008) |
| 08/18/2008 | 12 | MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 8/18/2008. Status hearing set for 9/10/2008 at 09:00 AM.Mailed notice (srn, ) (Entered: 08/18/2008) |
| 08/22/2008 | 13 | MINUTE entry before the Honorable Milton I. Shadur: Steven Holbrook's motion for leave to appear pro hac vice 6 is granted. Mailed (vmj, ) (Entered: 08/25/2008) |
| 09/02/2008 | 14 | MOTION by Defendants Village of Oak Park, David Pope to dismiss *Plaintiffs' Claims Against David Pope* (Malina, Lance) (Entered: 09/02/2008) |
| 09/02/2008 | 15 | NOTICE of Motion by Lance C. Malina for presentment of motion to dismiss 14 before Honorable Milton I. Shadur on 9/10/2008 at 09:00 AM. (Malina, Lance) (Entered: 09/02/2008) |
| 09/02/2008 | 16 | ANSWER to Complaint with Jury Demand by Village of Oak Park, David Pope(Malina, Lance) (Entered: 09/02/2008) |
| 09/02/2008 | 17 | NOTICE by Village of Oak Park, David Pope re answer to complaint 16 (Malina, Lance) (Entered: 09/02/2008) |
| 09/10/2008 | 18 | MINUTE entry before the Honorable Milton I. Shadur:Motion to dismiss 14 is entered and continued. Plaintiff's response is due September 22, 2008. Status hearing held on 9/10/2008. Status hearing set for 11/10/2008 at 09:00 AM.Mailed notice (srn, ) (Entered: 09/10/2008) |
| 09/18/2008 | 19 | RESPONSE by National Rifle Association of America, Inc., Robert Klein Engler, Gene A. Reisinger to MOTION by Defendants Village of Oak Park, David Pope to dismiss *Plaintiffs' Claims Against David Pope* 14 (Howard, William) (Entered: 09/18/2008) |
| 09/19/2008 | 20 | MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. Motion to dismiss David Pope 14 is granted. David Pope is dismissed as a defendant with prejudice and without the imposition of any conditions. David Pope terminated.Mailed notice (srn, ) (Entered: 09/19/2008) |
| 09/19/2008 | 21 | MEMORANDUM Order Signed by the Honorable Milton I. Shadur on 9/19/2008:Mailed notice(srn, ) (Entered: 09/19/2008) |

| 10/21/2008 | 22 | MOTION by Plaintiffs National Rifle Association of America, Inc., Robert Klein Engler, Gene A. Reisinger to strike *Jury Demand* (Howard, William) (Entered: 10/21/2008) |
|---|---|---|
| 10/21/2008 | 23 | NOTICE of Motion by William Nicholas Howard for presentment of motion to strike 22 before Honorable Milton I. Shadur on 10/28/2008 at 09:15 AM. (Howard, William) (Entered: 10/21/2008) |
| 10/23/2008 | 24 | MOTION by Plaintiffs National Rifle Association of America, Inc., Robert Klein Engler, Gene A. ReisingerTo Brief Threshold Legal Issues and Stay Discovery, MOTION by Plaintiffs National Rifle Association of America, Inc., Robert Klein Engler, Gene A. Reisinger to stay *discovery* (Attachments: # 1 Notice of Filing, # 2 Certificate of Service)(Howard, William) (Entered: 10/23/2008) |
| 10/28/2008 | 25 | MINUTE entry before the Honorable Milton I. Shadur:Motion to strike 22 is entered and continued to November 10, 2008 at 9:15 a.m. Motion to stay discovery 24 is granted; Motion hearing held on 10/28/2008. Status hearing set for 12/4/2008 at 09:00 AM. Parties' submission is due on or before December 1, 2008.Mailed notice (srn, ) (Entered: 10/29/2008) |
| 11/07/2008 | 26 | MINUTE entry before the Honorable Milton I. Shadur:Motion to strike 22 is denied as moot. By agreement of the parties the jury demand is withdrawn. Status hearing set for 12/4/2008 at 09:00 AM. The November 10 status date is stricken.Mailed notice (srn, ) (Entered: 11/07/2008) |
| 12/01/2008 | 27 | MEMORANDUM by National Rifle Association of America, Inc., Robert Klein Engler, Gene A. Reisinger *in Support of Claim That the Second Amendment is Incorporated into the Fourteenth Amendment so as to be Applicable to States and Localities* (Howard, William) (Entered: 12/01/2008) |
| 12/03/2008 | 28 | MINUTE entry before the Honorable Milton I. Shadur:The December 4, 2008 status date is stricken. This Court will set a new status date after the completion of the trial that it is currently conducting.Mailed notice (srn, ) (Entered: 12/03/2008) |
| 12/04/2008 | 29 | MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Opinion and Order. Status hearing set for 12/9/2008 at 08:45 AM.Mailed notice (srn, ) (Entered: 12/04/2008) |
| 12/04/2008 | 30 | MEMORANDUM Opinion and Order Signed by the Honorable Milton I. Shadur on 12/4/2008:Mailed notice(srn, ) (Entered: 12/04/2008) |
| 12/08/2008 | 31 | ATTORNEY Appearance for Defendant Village of Oak Park by Marc Richard Kadish (Kadish, Marc) (Entered: 12/08/2008) |
| 12/08/2008 | 33 | ATTORNEY Appearance for Defendant Village of Oak Park by Alexandra Elaine Shea (hp, ) (Entered: 12/10/2008) |
| 12/09/2008 | 32 | MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 12/9/2008. Counsel is to submit a draft order for consideration. Status hearing |

| | | set for 12/18/2008 at 08:45 AM.Mailed notice (srn, ) (Entered: 12/09/2008) |
|---|---|---|
| 12/18/2008 | 34 | NOTICE of appeal by National Rifle Association of America, Inc., Robert Klein Engler, Gene A. Reisinger, Filing fee $ 455, receipt number 07520000000003368275. (Howard, William) Modified on 12/18/2008 (aac, ). (Entered: 12/18/2008) |
| 12/18/2008 | 35 | MINUTE entry before the Honorable Milton I. Shadur: Status hearing held. Pursuant to the Stipulation of Dismissal filed 12/18/2008, Court III of the Complaint is hereby dismissed with prejudice. Enter Order. This Court hereby grants the oral motion of the City of Chicago pursuant to Fed. R. Civ. P. 12(c) for judgment on the pleadings on Counts I and II of the Complaint. Judgment is hereby entered in favor of the City of Chicago and against Plaintiffs on Counts I and II of the Complaint. (For further detail see separate order.) Civil case terminated. Mailed notice (hp, ) (Entered: 12/18/2008) |
| 12/18/2008 | 36 | ORDER Signed by the Honorable Milton I. Shadur on 12/18/2008: Mailed notice(hp, ) (Entered: 12/18/2008) |
| 12/18/2008 | 37 | ENTERED JUDGMENT on 12/18/2008: Mailed notice(hp, ) (Entered: 12/18/2008) |
| 12/18/2008 | 38 | STIPULATION of Dismissal *of Count III of the Complaint With Prejudice* (Howard, William) (Entered: 12/18/2008) |
| 12/19/2008 | 39 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 34 . Notified counsel (gej, ) (Entered: 12/19/2008) |
| 12/19/2008 | 40 | NOTICE of Appeal Due letter sent to counsel of record. (gej, ) (Entered: 12/19/2008) |
| 12/19/2008 | 41 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 34 ; USCA Case No. 08-4243 (Attachment # 1 Notice of Docketing) (hp, ). (Entered: 12/22/2008) |
| 01/16/2009 | 42 | TRANSMITTED to the USCA for the 7th Circuit the long record on appeal 34 (USCA no. 08-4243) consisting of 1 volume of pleadings. (gej, ) (Entered: 01/16/2009) |
| 01/20/2009 | 43 | USCA RECEIVED on 1/20/2009 the long record regarding notice of appeal 34 . (gej, ) (Entered: 01/22/2009) |
| 06/24/2009 | 44 | LETTER from the Seventh Circuit returning the record on appeal in USCA no. 08-4241 consisting of three volumes of pleadings. (hp, ) (Entered: 06/26/2009) |
| 12/31/2009 | 45 | CERTIFIED copy of order dated 12/30/2009 from the Seventh Circuit regarding notice of appeal 34 ; Appellate case no. : 08-4241 & 08-4243. Pursuant to a request from the Supreme Court of the United States dated 12/22/2009. The original record on appeal has been returned to the District Court upon issuance of this Court's mandate. This Court, by copy of this document, requests the District Court to transmit the record directly to the |

| | | |
|---|---|---|
| | | Supreme Court. (hp, ) (Entered: 12/31/2009) |
| 12/31/2009 | | (Court only) FORWARDED copy of USCA order dated 12/30/2009 to the Appeal's Clerk. (hp, ) (Entered: 12/31/2009) |
| 01/04/2010 | 46 | TRANSMITTED to the US Supreme Court the long record on appeal 34 (USCA no. 08-4243)(US Supreme Ct #08-1521)(via E-mail) (dj, ) (Entered: 01/04/2010) |
| 09/16/2010 | 47 | LETTER from the Seventh Circuit regarding the record on appeal in USCA no. 08-4243. The is no record to be returned. (hp, ) (Entered: 09/17/2010) |
| 09/16/2010 | 48 | FINAL JUDGMENT of USCA dated 8/25/2010 regarding notice of appeal 34 ; USCA No. 08-4243. ON REMAND FROM THE UNITED STATES SUPREME COURT We VACATE the district courts judgments and REMAND with instructions to dismiss as moot. The above is in accordance with the decision of this court entered on thisdate. Appellants (McDonald and NRA) recover costs. (hp, ) (Entered: 09/17/2010) |
| 09/16/2010 | 49 | CERTIFIED COPY OF ORDER from the USCA for the Seventh Circuit Decided 8/25/2010. If plaintiffs believe that the repeals entitle them to attorneys fees under 28 U.S.C. §1988, they may file appropriate motions in the district court. We do not express any opinion on the question whether the repealers, enacted before the Supreme Court's decision could be implemented on remand, affect the availability of fees under the approach of Buckhannon Board & Care Home, Inc. v. West Virginia Department of Health & Human Resources, 532 U.S. 598 (2001). (hp, ) (Entered: 09/17/2010) |
| 09/16/2010 | 50 | BILL OF COSTS dated 9/16/2010 from the Seventh Circuit regarding notice of appeal 34 ; Appellate case no. : 08-4243. Taxed in Favor of: Appellants in 08-4244 - Colleen Lawson, David Lawson, Otis McDonald, Adam Orlov and Second Amendment Foundation, Incorporated, in the amount of: $829.26. (hp, ) (Entered: 09/17/2010) |
| 09/16/2010 | 51 | BILL OF COSTS dated 9/16/2010 from the Seventh Circuit regarding notice of appeal 34 ; Appellate case no. : 08-4243. Taxed in Favor of: Appellant in 08-4241- National Rifle Association of America, Incorporated. BILL OF COSTS issued in the amount of: $902.80. (hp, ) (Entered: 09/17/2010) |
| 09/16/2010 | 52 | BILL OF COSTS dated 9/16/2010 from the Seventh Circuit regarding notice of appeal 34 ; Appellate case no. : 08-4243. Taxed in Favor of: Appellant in 08-4243 - National Rifle Association of America,Incorporated in the amount of $450.00. (hp, ) (Entered: 09/17/2010) |
| 10/12/2010 | 53 | MINUTE entry before Honorable Milton I. Shadur:This action is hereby dismissed as moot.Mailed notice (srn, ) (Entered: 10/12/2010) |
| 10/21/2010 | 54 | MOTION by Plaintiffs Robert Klein Engler, National Rifle Association of America, Inc., Gene A. Reisinger for attorney fees *(Motion for Entry of Schedule for Motion for Attorneys' Fees)* (Howard, William) (Entered: |

| | | |
|---|---|---|
| | | 10/21/2010) |
| 10/21/2010 | 55 | NOTICE of Motion by William Nicholas Howard for presentment of motion for attorney fees 54 before Honorable Milton I. Shadur on 10/26/2010 at 09:15 AM. (Howard, William) (Entered: 10/21/2010) |
| 10/25/2010 | 56 | ATTORNEY Appearance for Defendant Village of Oak Park by Ranjit James Hakim (Hakim, Ranjit) (Entered: 10/25/2010) |
| 10/26/2010 | 57 | MINUTE entry before Honorable Milton I. Shadur:Motion for attorney fees 54 is entered and continued. Simultaneous cross filings and supporting memorandum as to prevailing party status are to be filed on or before 11/23/10. Motion hearing held on 10/26/10. Status hearing set for 11/29/2010 at 08:45 AM.Mailed notice (srn, ) (Entered: 10/26/2010) |
| 11/10/2010 | 58 | MOTION by Defendant Village of Oak Park for extension of time to file *briefs regarding prevailing party status (unopposed)* (Hakim, Ranjit) (Entered: 11/10/2010) |
| 11/10/2010 | 59 | NOTICE of Motion by Ranjit James Hakim for presentment of motion for extension of time to file 58 before Honorable Milton I. Shadur on 11/16/2010 at 09:15 AM. (Hakim, Ranjit) (Entered: 11/10/2010) |
| 11/12/2010 | 60 | MINUTE entry before Honorable Milton I. Shadur:Motion for extension of time to file briefs regarding prevailing party status to and including December 15, 2010 58 is granted. Status hearing reset for 12/21/2010 at 09:00 AM. The 11/29/10 status is vacated. Mailed notice (srn, ) (Entered: 11/12/2010) |
| 12/15/2010 | 61 | MEMORANDUM by Robert Klein Engler, National Rifle Association of America, Inc., Gene A. Reisinger *in Support of Plaintiffs' "Prevailing Party" Status in Relation to Their Motion for Attorney's Fees* (Attachments: # 1 Appendix)(Howard, William) (Entered: 12/15/2010) |
| 12/15/2010 | 62 | MEMORANDUM by Village of Oak Park *, of Law Contesting Plaintiffs' Status as Prevailing Parties Entitled to Attorneys' Fees.* (Attachments: # 1 Exhibit 1)(Hakim, Ranjit) (Entered: 12/15/2010) |
| 12/21/2010 | 63 | MOTION by Movants Otis McDonald, David Lawson, Colleen Lawson, Adam Orlov, Second Amendment Foundation, Inc., Illinois State Rifle AssociationHold Fee Proceedings In Abeyance (Attachments: # 1 Declaration of Alan Gura)(Sigale, David) (Entered: 12/21/2010) |
| 12/21/2010 | 64 | NOTICE of Motion by David G. Sigale for presentment of motion for miscellaneous relief 63 before Honorable Milton I. Shadur on 12/28/2010 at 09:15 AM. (Sigale, David) (Entered: 12/21/2010) |
| 12/21/2010 | 65 | MINUTE entry before Honorable Milton I. Shadur:Status hearing held on 12/21/2010.Mailed notice (srn, ) (Entered: 12/21/2010) |
| 12/22/2010 | 66 | MINUTE entry before Honorable Milton I. Shadur: Enter Memorandum Opinion and Order. Accordingly NRA's Motions for Section 1988 fee awards |

| | | are denied. 54 Mailed notice (srn, ) (Entered: 12/22/2010) |
|---|---|---|
| 12/22/2010 | 67 | MEMORANDUM Opinion and Order Signed by the Honorable Milton I. Shadur on 12/22/2010:Mailed notice(srn, ) (Entered: 12/22/2010) |
| 12/27/2010 | 68 | NOTICE of appeal by National Rifle Association of America, Inc., Gene A. Reisinger regarding orders 67 Filing fee $ 455, receipt number 0752-5553133. (Attachments: # 1 Exhibit A)(Howard, William) (Entered: 12/27/2010) |
| 12/27/2010 | 69 | Notice of Withdrawl of Motion to Hold Fee Proceedings In Abeyance by Illinois State Rifle Association, Colleen Lawson, David Lawson, Otis McDonald, Adam Orlov, Second Amendment Foundation, Inc. (Sigale, David) (Entered: 12/27/2010) |
| 12/27/2010 | 70 | NOTICE by Illinois State Rifle Association, Colleen Lawson, David Lawson, Otis McDonald, Adam Orlov, Second Amendment Foundation, Inc. re other 69 (Sigale, David) (Entered: 12/27/2010) |
| 12/28/2010 | 71 | MINUTE entry before Honorable Milton I. Shadur:Motion to hold fee proceeding in abeyance 63 is denied. Mailed notice (srn, ) (Entered: 12/28/2010) |
| 12/28/2010 | 72 | NOTICE of Appeal Due letter sent to counsel of record. (gel, ) (Entered: 12/28/2010) |
| 12/28/2010 | 73 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 68 . Notified counsel (gel, ) (Entered: 12/28/2010) |
| 12/28/2010 | 74 | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 68 ; USCA Case No. 10-3965. (hp, ) (Entered: 12/29/2010) |
| 01/07/2011 | 75 | SEVENTH CIRCUIT transcript information sheet by National Rifle Association of America, Inc., Gene A. Reisinger (Howard, William) (Entered: 01/07/2011) |
| 01/07/2011 | 76 | MINUTE entry before Honorable Milton I. Shadur:Enter Supplement to Memorandum Opinions and Orders. And that, given the intervening repeal of the ordinance, was clearly a dismissal for mootness, again not a Buckhannon - qualifying ruling.Mailed notice (srn, ) (Entered: 01/10/2011) |
| 01/07/2011 | 77 | SUPPLEMENT TO MEMORANDUM Opinions and Orders Signed by the Honorable Milton I. Shadur on 1/7/2011: Mailed notice(srn, ) (Entered: 01/10/2011) |

**KEY**

**All items are included in this record.**