ORIGINAL

No. 11-1016
(Consolidated with Nos. 10-3957 and 10-3965)

U.S.C.A. - 7th Circuit
LMB
F I L E D

FEB 23 2011

GINO J. AGNELLO
CLERK

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

OTIS MCDONALD, ET AL.,
    Plaintiffs-Appellants,
        v.
CITY OF CHICAGO,                                      Dist. Ct. No. 08-C-3645
    Defendant-Appellee.

NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., ET AL.,
    Plaintiffs-Appellants,
        v.
VILLAGE OF OAK PARK                                   Dist. Ct. No. 08-C-3696
    Defendant-Appellee.

NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., ET AL.,
    Plaintiffs-Appellants,
        v.
CITY OF CHICAGO,                                      Dist. Ct. No. 08-C-3697
    Defendant-Appellee.

Appeal from a Judgment of the United States District Court
for the Northern District of Illinois
The Hon. Milton I. Shadur, Senior District Judge

## INSTITUTE FOR JUSTICE CORPORATE DISCLOSURE STATEMENT
Fed. R. App. Proc. 26.1, Circuit Rule 26.1

William H. Mellor
Clark M. Neily III*
Robert J. McNamara
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203
703.682.9320/703.682.9321

U.S.C.A. - 7th Circuit
R E C E I V E D

FEB 23 2011 COD

GINO J. AGNELLO
CLERK

Names of all law firms whose partners or associates have appeared for the *amicus* in the above-captioned case:

> William H. Mellor
> Clark M. Neily III
> Robert J. McNamara
> Institute for Justice
> 901 N. Glebe Road, Suite 900
> Arlington, VA 22203
> 703.682.9320/703.682.9321
> (*on its own behalf*)

*Amicus* the Institute for Justice is a 501(c)(3) nonprofit corporation with no parent corporations. No publicly held company owns any stock in the Institute for Justice.

Clark M. Neily III
Institute for Justice
901 North Glebe Rd, Ste 900
Arlington, VA 22203
703.682.9320/703.682.9321

## CERTIFICATE OF SERVICE

On this, the 22nd day of February, 2011, I served two true and correct copies of the foregoing Institute for Justice Corporate Disclosure Statement, in supplement to its Brief of *Amicus Curiae* the Institute for Justice in Support of Appellants on the following by UPS Next Day Air upon:

David G. Sigale
Law Firm of David G. Sigale, P.C.
4300 Commerce Court, Suite 300-3
Lisle, IL 60532

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus St., Ste. 405
Alexandria, VA 22314

Suzanne M. Loose
City of Chicago Department of Law
Appeals Division
30 North LaSalle Street, Suite 800
Chicago, IL 60602

Stephen A. Kolodziej
Brenner, Ford, Monroe & Scott, Ltd.
300 South Dearborn Street, Suite 300
Chicago, IL 60602

Stephen P. Halbrook
3925 Chain Bridge Road, Suite 403
Fairfax, Virginia 22030

I further certify that on this, the 22nd day of February, 2011, I filed the foregoing Institute for Justice Corporate Disclosure Statement pursuant to Circuit Rule 26.1(c) via UPS Next Day Air to the Clerk of the U.S. Court of Appeals for the Seventh Circuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 22nd day of February, 2011.

Clark M. Neily III