# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 10, 2011

| Nos.: 10-3957 & 10-3965 | NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED, et al., Plaintiffs - Appellants  v.  CITY OF CHICAGO and VILLAGE OF OAK PARK, Defendants - Appellees |
|---|---|
| No.: 11-1016 | OTIS MCDONALD, et al., Plaintiffs - Appellants  v.  CITY OF CHICAGO, Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:08-cv-03697  Northern District of Illinois, Eastern Division  District Judge Milton I. Shadur | |
| **Originating Case Information:** | |
| District Court No: 1:08-cv-03645  Northern District of Illinois, Eastern Division | |

Upon consideration of the **MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF**, filed on March 9, 2011 on behalf of Appellee City of Chicago,

**IT IS ORDERED** that #1 is **GRANTED**. Briefing will proceed as follows:

1. The briefs of the appellees are due by April 15, 2011.

2. The reply briefs of the appellants, if any, is due by April 29, 2011.

Note: Circuit Rule 31(e) (amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_NullOrderFiled**(form ID: **110**)