O+3c+∧

Nos. 10-3957, 10-3965, 11-1016 (consol.)

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

U.S.C.A.-7th Circuit
FILED
APR 08 2011 LEJ
GINO J. AGNELLO
CLERK

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., et al., | ) Appeals from the United States<br>) District Court for the Northern<br>) District of Illinois, Eastern Division |
| Plaintiffs-Appellants, | ) |
| | ) Nos.  1:08-CV-03696 |
| v. | )        1:08-CV-03697 |
| | ) |
| CITY OF CHICAGO and VILLAGE OF OAK PARK, | ) The Honorable<br>) Milton I. Shadur,<br>) Judge Presiding. |
| Defendants-Appellees. | ) |
| | ) |
| OTIS MCDONALD, et al., | ) Appeal from the United States<br>) District Court for the Northern<br>) District of Illinois, Eastern Division |
| Plaintiffs-Appellants, | ) |
| | ) No. 1:08-CV-03645 |
| v. | ) |
| | ) The Honorable |
| CITY OF CHICAGO, | ) Milton I. Shadur,<br>) Judge Presiding. |
| Defendant-Appellee. | ) |

**MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEFS**

Defendant-appellee, CITY OF CHICAGO, by its attorney MARA S. GEORGES, Corporation Counsel of the City of Chicago, moves this Court to extend the time in which to file the appellees' briefs from April 15, 2011 to May 16, 2011, and in support thereof submits the attached affidavit.

U.S.C.A. - 7th Circuit
RECEIVED
APR - 8 2011 RJT
GINO J. AGNELLO
CLERK

Respectfully submitted,

**MARA S. GEORGES**
Corporation Counsel
of the City of Chicago

BY: _____
**SUZANNE M. LOOSE**
Assistant Corporation Counsel
**BENNA RUTH SOLOMON**
Deputy Corporation Counsel
30 North LaSalle Street, Suite 800
Chicago, Illinois 60602
(312) 744-8519/7764
sloose@cityofchicago.org

STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF COOK       )

# AFFIDAVIT

I, SUZANNE M. LOOSE, being first duly sworn, depose and state that I am the Assistant Corporation Counsel of the City of Chicago Law Department's Appeals Division assigned to this case, and, as such, have knowledge of the following:

1. The appellees' briefs are due April 15, 2011. Appellees have requested one prior extension of time to file their briefs.

2. In addition to this case, I have been or will soon be occupied with the following other matters:

   a. Preparing the City's reply/cross-appellee's brief in <u>Marcatante v. City of Chicago</u>, Nos. 10-2114, 10-2243 (7th Cir.), a case involving the City's appeal of the award of $1.7 million in retroactive wage increases to certain retired City employees. This brief was a priority based on the age of the case. The brief was filed March 16, 2011.

   b. Preparing for oral argument in <u>Marcatante</u>, which is scheduled for May 2, 2011.

   c. Preparing the City's appellee's brief in <u>Taylor v. Police Board</u>, No. 10-1156 (Ill. App. Ct.), for which three extensions have been received and is now due May 11, 2011. Because of the press of this case and other matters, Special Assistant Corporation Counsel David Pryor had been assigned to complete an initial draft of the City's brief in <u>Taylor</u>. Unfortunately, he was injured last week and will be out for at least two weeks while he undergoes surgery and recovery. I will be completing the brief, and this matter is a priority, given the age of the case and number of extensions.

3. This matter cannot be assigned to anyone else in our division because other attorneys have full caseloads.

4. More time is needed to prepare a draft that responds to the two appellants' briefs and an amicus brief filed in this case; to allow time for supervisory review; and to coordinate with co-appellees to avoid duplicative briefing.

5. Accordingly, I request an extension of time to and including May 16, 2011, to file the brief of the defendants-appellees.

6. I spoke with counsel for Oak Park, Ranjit Hakim, who expressed that Oak Park supports this motion.

_____
SUZANNE M. LOOSE, Attorney

Signed and sworn to before me
this 8th day of April, 2011

_____
NOTARY PUBLIC

```
Official Seal
David Franco
Notary Public State of Illinois
My Commission Expires 12/02/2014
```

# CERTIFICATE OF SERVICE

I certify that I served the attached Motion for Extension of Time to File Appellees' Briefs by placing a copy in envelopes with sufficient postage affixed and directed to the persons named below at the addresses indicated, and depositing those envelopes in the United States mail before 5:00 P.M. on April 8, 2011.

SUZANNE M. LOOSE, Attorney

Persons served:

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314

Stephen P. Halbrook
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030

Stephen A. Kolodziej
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn St., Suite 300
Chicago, IL 60602

David G. Sigale
Law Firm of David G. Sigale, P.C.
Corporate West I
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137

William N. Howard
Freeborn & Peters, LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606

Ranjit Hakim
Alexandra Elaine Shea
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606