# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 12, 2011

```
NATIONAL RIFLE ASSOCIATION OF      ] Appeals from the United
AMERICA, INC., et al.,             ] States District Court for
     Plaintiffs-Appellants,        ] the Northern District of
                                   ] Illinois, Eastern Division.
Nos. 10-3957 and 10-3965    v.     ]
                                   ] Nos. 1:08-cv-03697
CITY OF CHICAGO,                   ]      1:08-cv-03696
     Defendants-Appellees.         ]
                                   ] Milton I. Shadur, Judge.
-----------------------------------]
OTIS MCDONALD, et. al.,            ] Appeal from the United
     Plaintiffs-Appellants,        ] States District Court for
                                   ] the Northern District of
No. 11-1016                 v.     ] Illinois, Eastern Division.
                                   ]
CITY OF CHICAGO,                   ] No. 1:08-CV-03645
     Defendant-Appellee.           ]
                                   ] Milton I. Shadur, Judge.
```

Upon consideration of the **MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF** filed on April 8, 2011, by counsel for the City of Chicago,

**IT IS ORDERED** that the motion is **GRANTED** only to the extent that briefing will proceed as follows:

1. The Appellees' briefs of City of Chicago and Village of Oak Park will be due by April 29, 2011.

2. The Appellants' reply briefs of National Rifle Association of America, Incorporated, Otis McDonald, Brett Benson, Colleen Lawson, David Lawson, Adam Orlov, Gene A. Reisinger, Second Amendment Foundation, Incorporated, Kathryn Tyler and Van F. Welton, if any, will be due by May 13, 2011.

- over -

Note: Circuit Rule 31(e) (amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_NullOrderFiled**(form ID: **110**)