

City of Chicago
Richard M. Daley, Mayor

**Department of Law**

Mara S. Georges
Corporation Counsel

Appeals
Suite 800
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 744-7764
(312) 744-3588 (FAX)
(312) 744-7157 (TTY)

http://www.ci.chi.il.us

April 21, 2011

U.S.C.A. — 7th Circuit
RECEIVED
APR 2 1 2011 SMP
GINO J. AGNELLO
CLERK

Gino J. Agnello, Clerk
United States Court of Appeals for
   the Seventh Circuit
219 S. Dearborn Street
Room 2710
Chicago, IL 60604

    RE:    NRA v. City of Chicago and McDonald v. City of Chicago,
           Nos. 10-3957, 10-3965, and 11-1016 (consolidated)

Dear Mr. Agnello:

      The City's appellee's brief in these consolidated appeals is due and will be filed on April 29, 2011. When oral argument is held, I will be presenting argument on behalf of the City of Chicago.

      By this letter, we ask that the court avoid setting argument during two periods when I will not be available. The first, which we understand is unlikely in any event, is May 11-13, 2011. I will be in Springfield on May 11 to attend oral argument in another case involving the City. On May 13 and possibly May 12, I will be out of town. The second period is May 31-June 3, 2011. I will be out of town May 26-30 with extremely limited down time, and will be unable to adequately prepare for the argument, including a moot court, if argument were to be set in the four days following my return to the office.

      Thank you for your assistance and courtesy in this matter.

                          Sincerely,

                          Benna Ruth Solomon
                        Deputy Corporation Counsel

cc:    counsel of record


