

# GURA & POSSESSKY, P.L.L.C.
101 N. COLUMBUS STREET, SUITE 405
ALEXANDRIA, VIRGINIA 22314
TEL. 703.835.9085/FAX 703.997.7665

April 22, 2011

The Hon. Gino Agnello
Clerk, United States Court of Appeals
  for the Seventh Circuit
Room 2722
219 S. Dearborn Street
Chicago, IL 60604

    Re:    *McDonald* v. *City of Chicago*
           U.S. Court of Appeals for the Seventh Circuit No. 11-1016
           (Consolidated with Nos. 10-3957, 10-3965)

Dear Mr. Agnello:

    I respectfully request that the Court avoid setting the above-matter for oral argument between May 31 and June 9. On May 31, I have due the appellees' brief in *Terenkian* v. *Republic of Iraq*, Ninth Circuit No. 10-56708. On June 2 through 7, I have a long-planned family vacation, and on the late afternoon of June 8, I am required to attend a Rule 16 conference in *Flying Dog Brewery, LLLP* v. *Michigan Liquor Control Commission*, U.S. Dist. Court, W.D. Michigan No. 11-307, in Grand Rapids.

    Thank you for your consideration.

                            Sincerely,

                            Alan Gura

    cc:    counsel of record