# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

**APPEARANCE FORM**

Appellate Court No.: 10-3957, 10-3965, 11-1016
Short Caption: National Rifle Association, et al v. City of Chicago
District Court Judge: Milton I. Shadur
District Court No.: 08-cv-03697

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL ON BEHALF OF:

**CITY OF CHICAGO** as the

[ ] appellant(s)      [X] appellee(s)       [ ] amicus curiae
[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

Firm, Office or Facility: City of Chicago Department of Law
Unit, Division or Section: Appeals Division
Address: 30 North LaSalle Street - Suite 800
City/State/Zip: Chicago, Illinois 60602
Firm Telephone Number: (312) 744-7764

|  | **Admitted to Appellate Court** | **Lead Counsel** |
|---|---|---|
| Name: **Suzanne M. Loose** <br> Signature: s/ **Suzanne M. Loose** | Y: X  N: __ | Y: X  N: __ |
| Direct Phone No. (312) 744-8519 | | |
| Email: suzanne.loose@cityofchicago.org | | |
| Name: **Myriam Zreczny Kasper** <br> Signature: s/ **Myriam Zreczny Kasper** | Y: X  N: __ | Y: __  N: X |
| Direct Phone No. (312) 744-3564 | | |
| Name: **Mara S. Georges** <br> Signature: s/ **Mara S. Georges** | Y: X  N: __ | Y: __  N: X |
| Direct Phone No. (312) 744-0220 | | |