**CIRCUIT RULE 26.1   DISCLOSURE STATEMENT**

Appellate Court No: <u>10-3957 / 10-3965 / 11-1016</u>

Short Caption: <u>National Rifle Assn., et al. v. City of Chicago / Village of Oak Park</u>

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[ ]   **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1)   The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

<u>National Rifle Association of America, Inc. and Dr. Gene A. Reisinger</u>

(2)   The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

<u>Stephen P. Halbrook, Esq. and Freeborn & Peters LLP</u>

(3)   If the party or amicus is a corporation:

   i) Identify all its parent corporations, if any; and

<u>N/A</u>

   ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

<u>N/A</u>

Attorney's Signature: <u>s/Stephen P. Halbrook</u>     Date: <u>05/04/11</u>

Attorney's Printed Name: <u>Stephen P. Halbrook</u>

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   Yes [   ]   No [X]

Address: <u>3925 Chain Bridge Road, Fairfax, VA   22030</u>

Phone Number: <u>703-352-7276</u>     Fax Number: <u>703-359-0938</u>

E-Mail Address: <u>Protell@aol.com</u>

rev. 01/08 AK

## CERTIFICATE OF SERVICE

The undersigned hereby states that he caused the **Circuit Rule 26.1 Disclosure Statement** to be served upon the parties of record, as shown below, via the Court's CM/ECF filing system on the 4th day of **May, 2011.**

s/Stephen P. Halbrook
3925 Chain Bridge Road
Fairfax, VA  22030

## SERVICE LIST

Ranjit Hakim
Alexandra E. Shea
Marc R. Kadish
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL  60606
*Attys. For Village of Oak Park*

Mara S. Georges
Corporation Counsel
City of Chicago
121 N. LaSalle St., Suite 600
Chicago, IL  60602
*Atty. For City of Chicago*

Stephen A. Kolodziej
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn Street, Suite 300
Chicago, IL  60602
*Atty. For NRA, et al.*

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA  22314
*Atty. For McDonald, et al.*

David G. Sigale
Law Firm of Dave G. Sigale, P.C.
739 Roosevelt Rd., Suite 304
Glen Ellyn, IL  60137
*Atty. For McDonald, et al.*

Suzanne M. Loose
City of Chicago Law Department
30 N. LaSalle St., Suite 800
Chicago, IL  60602
*Attys. For City of Chicago.*

Clark M. Neily III
901 N. Gleve Rd.
Arlington, VA  22203
*Atty. For Institute of Justice*

## CERTIFICATE OF SERVICE

The undersigned hereby states that he caused the **Circuit Rule 26.1 Disclosure Statement** to be served upon the parties of record, as shown below, by depositing a copy of same, addressed to said parties, in the U.S. Mail, with postage prepaid, on the **4th** day of **May, 2011.**

s/Stephen P. Halbrook
3925 Chain Bridge Road
Fairfax, VA 22030

## SERVICE LIST

Raymond L. Heise, Esq.
123 Madison Street
Oak Park, IL 60302
*Atty. For Village of Oak Park*

Lance C. Malina
Jacob Henry Karaca
Klein, Thorpe & Jenkins, Ltd.
20 N. Wacker Dr., Suite 1660
Chicago, IL 60606-2903
*Attys. For Village of Oak Park*