May 17, 2011

Gina J. Agnello, Clerk
United States Court of Appeals
For the Seventh Circuit
291 S. Dearborn St., Rm. 2710
Chicago, IL  60604

*Attorneys at Law*

311 South Wacker Drive
Suite 3000
Chicago, Illinois
60606-6677
Tel 312.360.6000

William N. Howard
Partner
Direct 312.360.6415
Fax 312.360.6996
whoward@
freebornpeters.com


*Chicago*

*Springfield*

    **Re:**   *National Rifle Assn., et al. v. Village of Oak Park*
          *Case No. 10-3965 (consolidated with 10-3957 and 11-1016)*

Dear Mr. Agnello:

Appellants' joint Reply Brief in the above-referenced consolidated cases was filed on May 13, 2011. When oral argument is held, Stephen P. Halbrook and I will be presenting argument on behalf of the National Rifle Association, *et al.*

By this letter, we ask that the court avoid setting argument on dates when Mr. Halbrook and I will not be available. Mr. Halbrook is unavailable June 13 and 14 - arguing Claimants' Motion to Dismiss in *3,481 Firearms and Assorted Ammunition*, Case No. CV 07-3319-SVW (JTLx), U.S. District Court for the Central District of California, in Los Angeles; and on June 15 his wife is having a surgical procedure. I will not be available August 1, 2011 through August 25, 2011, as I have a planned vacation.

Thank you for your assistance and courtesy in this matter.

Very truly yours,

FREEBORN & PETERS LLP


s/William N. Howard


WNH:dao