

**City of Chicago**
**Rahm Emanuel , Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

**Appeals**
**Suite 800**
**30 North LaSalle Street**
**Chicago, Illinois 60602-2580**
**(312) 744-7764**
**(312) 744-3588 (FAX)**
**(312) 744-7157 (TTY)**

www.cityofchicago.org

May 20, 2011

Gino J. Agnello, Clerk
United States Court of Appeals for
  the Seventh Circuit
219 S. Dearborn Street
Room 2710
Chicago, IL 60604

     RE:    <u>NRA v. City of Chicago</u> and <u>McDonald v. City of Chicago</u>,
              Nos. 10-3957, 10-3965, and 11-1016 (consolidated)

Dear Mr. Agnello:

     This case is fully briefed. Assistant Corporation Counsel Suzanne M. Loose, an attorney whom I supervise, had primary responsibility for preparing the City of Chicago's brief in this case, but I will be presenting oral argument on behalf of the City.

     By this letter, we ask that the court avoid setting argument from August 26 through September 12, 2011 because Ms. Loose and I are not both available for argument preparation and the argument itself during that time. We have included days on which the court is not scheduled to hear oral argument because a staff member of your office has advised that it is possible (albeit unlikely) that argument in a case that has previously been before the court (as this case was) could be set on any day. Ms. Loose will be out of the office from August 26 through September 2. I will be out of the office on September 8, 9, and 12. And while we will both be in the office on September 6 and 7, those days follow Ms. Loose's fairly lengthy absence, making it difficult for me to adequately prepare for the argument, including a moot court, if argument were to be set on those days.

     Thank you for your assistance and courtesy in this matter.

                                     Sincerely,

                                     /s Benna Ruth Solomon
                                 Benna Ruth Solomon
                                 Deputy Corporation Counsel

cc:       counsel of record