# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 2, 2011

Before:    FRANK H. EASTERBROOK, Chief Judge
           WILLIAM J. BAUER, Circuit Judge
           RICHARD A. POSNER, Circuit Judge

| Nos.: 10-3957, 10-3965 & 11-1016 | NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED, et al., <br><br> Plaintiffs - Appellants <br><br> v. <br><br> CITY OF CHICAGO and VILLAGE OF OAK PARK, ILLINOIS, <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court Nos: 1:08-cv-03645, 1:08-cv-03697 & 1:08-cv-03696 <br> Northern District of Illinois, Eastern Division <br> District Judge Milton I. Shadur ||

The district court's decision is REVERSED, with costs, and the cases are REMANDED for awards of reasonable attorneys' fees under §1988. The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)