No. 10-3965 (consolidated with 10-3957)

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., *et. al.*,

Plaintiffs-Appellants,

v.

CITY OF CHICAGO and VILLAGE OF OAK PARK,

Defendants-Appellees.

---

## AMENDED BILL OF COSTS FOR PLAINTIFFS-APPELLANTS
## NATIONAL RIFLE ASSOCIATION, *et. al.*

---

*Appeal from the United States District Court for*
*the Northern District of Illinois, Eastern Division, Case Nos. 08-3696*
*Honorable Milton I. Shadur Presiding*

---

Plaintiffs, National Rifle Association of America, Inc. and Dr. Gene A. Reisinger, by and through counsel, hereby submit their Bill of Costs, pursuant to Rule 39(d) of the Federal Rules of Appellate Procedure and this Court's Final Judgment of June 2, 2011.

As this case was consolidated with *National Rifle Association of America, Inc., et al. v. City of Chicago,* Case No. 10-3957 / 08-3697, the amounts below represent one-half of total costs[1]:

---

[1]   Counsel for Plaintiffs/Appellants in the *National Rifle Association of America, Inc., et al. v. City of Chicago,* Case No. 10-3957 / 08-3697, will be filing Bill of Costs for remaining one-half of total costs incurred.

1.   Cost of copying Briefs and Appendix of Plaintiffs-Appellants:

Opening Brief: 35 copies at 66 pages at $.10 per page:     $115.00

Appendix: 20 copies at 84 pages at $.10 per page:     $84.00

Reply Brief: 35 copies at 32 pages at $.10 per page:     $56.00

2.   Cost of binding Briefs and Appendix of Plaintiffs-Appellants:

90 copies at $2.00 each:     $90.00

3.   The total cost to Plaintiffs'-Appellants of copying and binding its briefs and appendix is:     $345.00

4.   In addition, Plaintiffs-Appellants incurred the Notice of Appeal / Docketing Fee in Appeal 10-3965 in the amount of:     $455.00

5.   Plaintiffs-Appellants' total costs on appeal are:     $800.00

WHEREFORE, Plaintiffs-Appellants respectfully requests that their costs in the amount of $800.00 be allowed.

Dated: June 13, 2011

By:  s/William N. Howard
    William N. Howard
    FREEBORN & PETERS LLP
    311 South Wacker Drive, Suite 3000
    Chicago, Illinois 60606
    Telephone: (312) 360-6415
    Facsimile:  (312) 360-6996

    *Counsel for Appellants:*
    *National Rifle Association of*
    *America, Inc. and Dr. Gene A.*
    *Reisinger, Case No. 10-3965*

s/Stephen P. Halbrook
3925 Chain Bridge Rd., Suite 403
Fairfax, VA   22030
Telephone: (703) 359-0938
Facsimile: (703) 472-6439

*Counsel for Appellants:*
*National Rifle Association of*
*America, Inc. and Dr. Gene A.*
*Reisinger, Case No. 10-3965*

## CERTIFICATE OF SERVICE

The undersigned hereby states that he caused the **Amended Bill of Costs For National Rifle Association of America, Inc.,** *et al.* to be served upon the parties of record, as shown below, via the Court's CM/ECF filing system on the **13th** day of **June, 2011.**

s/William N. Howard
Freeborn & Peters LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL   60606

## SERVICE LIST

Suzanne M. Loose
City of Chicago Law Department
30 N. LaSalle St., Suite 800
Chicago, IL  60602
*Attys. For City of Chicago.*

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA  22314
*Atty. For McDonald, et al.*

David G. Sigale
Law Firm of Dave G. Sigale, P.C.
739 Roosevelt Rd., Suite 304Glen Ellyn, IL  60137
*Atty. For McDonald, et al.*

Clark M. Neily III
901 N. Gleve Rd.
Arlington, VA  22203
*Atty. For Institute of Justice*

Stephen A. Kolodziej
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn Street, Suite 300
Chicago, IL  60602
*Atty. For NRA, et al*

## CERTIFICATE OF SERVICE

The undersigned hereby states that he caused the **Amended Bill of Costs For National Rifle Association of America, Inc.,** *et al.* to be served upon the parties of record, as shown below, by depositing a copy of same, addressed to said parties, in the U.S. Mail, with postage prepaid, on the **13th** day of **June, 2011.**

s/William N. Howard
Freeborn & Peters LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL  60606

## SERVICE LIST

Mara S. Georges
Corporation Counsel
City of Chicago
121 N. LaSalle St., Suite 600
Chicago, IL  60602
*Atty. For City of Chicago*

Ranjit Hakim
Alexandra E. Shea
Marc R. Kadish
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL  60606
*Attys. For Village of Oak Park*

Stephen P. Halbrook
3925 Chain Bridge Rd., Suite 403
Fairfax, VA  22030
*Atty. For NRA, et al.*

Lance C. Malina
Jacob Henry Karaca
Klein, Thorpe & Jenkins, Ltd.
20 N. Wacker Dr., Suite 1660
Chicago, IL  60606-2903
*Attys. For Village of Oak Park*

Raymond L. Heise, Esq.
123 Madison Street
Oak Park, IL  60302
*Atty. For Village of Oak Park*