No. 10-3965 (consolidated with 10-3957)

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., *et. al.*,

Plaintiffs-Appellants,

v.

CITY OF CHICAGO and VILLAGE OF OAK PARK,

Defendants-Appellees.

---

AFFIDAVIT IN SUPPORT OF
BILL OF COSTS FOR PLAINTIFFS-APPELLANTS
NATIONAL RIFLE ASSOCIATION, *et. al.*

---

*Appeal from the United States District Court for
the Northern District of Illinois, Eastern Division, Case Nos. 08-3696
Honorable Milton I. Shadur Presiding*

---

I, William N. Howard, being duly sworn under oath, state as follows:

1. I am one of the attorneys for the Plaintiffs-Appellants in Appeal No. 10-3965.

2. I prepared the foregoing Amended Bill of Costs, and that the costs listed therein were incurred by the Plaintiffs-Appellants.

3. The rates for costs of binding and copying used in this Bill of Costs are the rates that the Office of the Clerk of the Untied States Court of Appeals for the Seventh Circuit has stated are standard rates.

s/William N. Howard