Nos. 10-3957 (Consolidated with 10-3965)

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., *et. al.*,

Plaintiffs-Appellants,

v.

CITY OF CHICAGO and VILLAGE OF OAK PARK,

Defendants-Appellees.

―――――――――――――――――

## BILL OF COSTS FOR PLAINTIFFS-APPELLANTS
## NATIONAL RIFLE ASSOCIATION, *et. al.*

―――――――――――――――――

*Appeal from the United States District Court for
the Northern District of Illinois, Eastern Division, Case Nos. 08-3697
Honorable Milton I. Shadur Presiding*

―――――――――――――――――

Plaintiffs, National Rifle Association of America, Inc., Dr. Kathryn Tyler, Van F. Welton and Brett Benson, by and through counsel, hereby submit their Bill of Costs, pursuant to Rule 39(d) of the Federal Rules of Appellate Procedure and this Court's Final Judgment of June 2, 2011.

As this case was consolidated with *National Rifle Association of America, Inc., et al. v. Village of Oak Park,* Case No. 10-3965 / 08-3696, the amounts below represent one-half of total costs[1]:

---

[1] Counsel for Plaintiffs/Appellants in the *National Rifle Association of America, Inc., et al. v. Village of Oak Park*, Case No. 10-3965 / 08-3696, will be filing Bill of Costs for remaining one-half of total costs incurred.

1

1. Cost of copying Briefs and Appendix of Plaintiffs-Appellants:

  Opening Brief: 35 copies at 66 pages at $.10 per page:   $115.00

  Appendix: 20 copies at 84 pages at $.10 per page:   $84.00

  Reply Brief: 35 copies at 32 pages at $.10 per page:   $56.00

2. Cost of binding Briefs and Appendix of Plaintiffs-Appellants:

  90 copies at $2.00 each:   $90.00

3. The total cost to Plaintiffs'-Appellants of copying and binding its briefs and appendix is:   $345.00

4. In addition, Plaintiffs-Appellants incurred the Notice of Appeal / Docketing Fee in Appeals 10-3957 and 10-3965 in the amount of:   $455.00

5. Plaintiffs-Appellants' total costs on appeal are:   $800.00

WHEREFORE, Plaintiffs-Appellants respectfully requests that their costs in the amount of $800.00 be allowed.

Dated: June 13, 2011

By: s/Stephen A. Kolodziej
Stephen A. Kolodziej
Brenner, Ford, Monroe & Scott, Ltd.
33 N. Dearborn St., Suite 300
Chicago, IL 60602
Telephone: (312) 781-1970
Facsimile: (312) 781-9202

*Counsel for Appellants:*
*National Rifle Association of America, Inc., Katheryn Tyler, Van F. Welton and Brett Benson*
*Case No. 10-3957*

s/Stephen P. Halbrook
3925 Chain Bridge Rd., Suite 403
Fairfax, VA  22030
Telephone: (703) 359-0938
Facsimile: (703) 472-6439

*Counsel for Appellants:*
*National Rifle Association of America, Inc., Katheryn Tyler, Van F. Welton and Brett Benson*
*Case No. 10-3957*

Nos. 10-3957 (Consolidated with 10-3965)

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., *et. al.*,

Plaintiffs-Appellants,

v.

CITY OF CHICAGO and VILLAGE OF OAK PARK,

Defendants-Appellees.

_____

# AFFIDAVIT IN SUPPORT OF
# BILL OF COSTS FOR PLAINTIFFS-APPELLANTS
# NATIONAL RIFLE ASSOCIATION, *et. al.*

_____

*Appeal from the United States District Court for
the Northern District of Illinois, Eastern Division, Case Nos. 08-3697
Honorable Milton I. Shadur Presiding*

_____

I, Stepen A. Kolodziej, being duly sworn under oath, state as follows:

1. I am one of the attorneys for the Plaintiffs-Appellants in Appeal No. 10-3957.

2. I prepared the foregoing Bill of Costs, and that the costs listed therein were incurred by the Plaintiffs-Appellants.

3. The rates for costs of binding and copying used in this Bill of Costs are the rates that the Office of the Clerk of the Untied States Court of Appeals for the Seventh Circuit has stated are standard rates.

s/Stephen A. Kolodziej

# CERTIFICATE OF SERVICE

The undersigned hereby states that he caused the **Bill of Costs For National Rifle Association of America, Inc.,** *et al.* to be served upon the parties of record, as shown below, via the Court's CM/ECF filing system on the **13th** day of **June, 2011**.

                                                      s/Stephen A. Kolodziej
                                                    Benner, Ford, Monroe & Scott, Ltd.
                                                    33 N. Dearborn St., Suite 300
                                                    Chicago, IL 60602
                                                    Telephone: (312) 781-1970
                                                    Facsimile: (312) 781-9202

# SERVICE LIST

| | |
|---|---|
| Suzanne M. Loose<br>City of Chicago Law Department<br>30 N. LaSalle St., Suite 800<br>Chicago, IL 60602<br>*Attys. For City of Chicago.* | Alan Gura<br>Gura & Possessky, PLLC<br>101 N. Columbus Street, Suite 405<br>Alexandria, VA 22314<br>*Atty. For McDonald, et al.* |
| David G. Sigale<br>Law Firm of Dave G. Sigale, P.C.<br>739 Roosevelt Rd., Suite 304<br>Glen Ellyn, IL 60137<br>*Atty. For McDonald, et al.* | Clark M. Neily III<br>901 N. Gleve Rd.<br>Arlington, VA 22203<br>*Atty. For Institute of Justice* |
| William N. Howard<br>Freeborn & Peters LLP<br>311 S. Wacker Dr., Suite 3000<br>Chicago, IL 60606<br>*Atty. For National Rifle Association And Dr. Gene Reisinger* | |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby states that he caused the **Bill of Costs For National Rifle Association of America, Inc.,** *et al.* to be served upon the parties of record, as shown below, by depositing a copy of same, addressed to said parties, in the U.S. Mail, with postage prepaid, on the **13th** day of **June, 2011**.

<u>w/Stephen A. Kolodziej</u>
Benner, Ford, Monroe & Scott, Ltd.
33 N. Dearborn St., Suite 300
Chicago, IL 60602
Telephone: (312) 781-1970
Facsimile: (312) 781-9202

<u>SERVICE LIST</u>

Mara S. Georges
Corporation Counsel
City of Chicago
121 N. LaSalle St., Suite 600
Chicago, IL 60602
*Atty. For City of Chicago*

Stephen P. Halbrook
3925 Chain Bridge Rd., Suite 403
Fairfax, VA 22030
*Atty. For NRA, et al.*

Raymond L. Heise, Esq.
123 Madison Street
Oak Park, IL 60302
*Atty. For Village of Oak Park*

Lance C. Malina
Jacob Henry Karaca
Klein, Thorpe & Jenkins, Ltd.
20 N. Wacker Dr., Suite 1660
Chicago, IL 60606-2903
*Attys. For Village of Oak Park*

Ranjit Hakim
Alexandra E. Shea
Marc R. Kadish
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606
*Attys. For Village of Oak Park*