Nos. 10-3957 and 10-3965 (Consolidated)

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., *et. al.*,

Plaintiffs-Appellants,

v.

CITY OF CHICAGO and VILLAGE OF OAK PARK,

Defendants-Appellees.

---

CORRECTED JOINT BILL OF COSTS
FOR PLAINTIFFS-APPELLANTS
NATIONAL RIFLE ASSOCIATION, *et. al.*

---

*Appeal from the United States District Court for
the Northern District of Illinois, Eastern Division, Case Nos. 08-3696 and 08-3697
Honorable Milton I. Shadur Presiding*

---

Plaintiffs, National Rifle Association of America, Inc., Dr. Kathryn Tyler, Van F. Welton, Brett Benson and Dr. Gene A. Reisinger, by and through counsel, hereby submit their Bill of Costs, pursuant to Rule 39(d) of the Federal Rules of Appellate Procedure and this Court's Final Judgment of June 2, 2011:

1. Cost of copying Briefs and Appendix of Plaintiffs-Appellants:

Opening Brief: 35 copies (Court – 15 copies; Counsel – 20 copies) at 66 pages at $.10 per page: $231.00.

Appendix: 20 copies (Court – 10 copies; Counsel – 10 copies) at 84 pages at $.10 per page: $168.00

1

Reply Brief: 35 copies (Court – 15 copies; Counsel – 20 copies) at 32 pages at $.10 per page: $112.00

2. Cost of binding Briefs and Appendix of Plaintiffs-Appellants:

90 copies at $2.00 each: $180.00

3. The total cost to Plaintiffs-Appellants for copying and binding its briefs and appendix is: $691.00

4. In addition, Plaintiffs-Appellants incurred the Notice of Appeal / Docketing Fee in Appeals 10-3957 and 10-3965 in the amount of: $910.00

5. Plaintiffs-Appellants' total costs on appeal are: $1,601.00

WHEREFORE, Plaintiffs-Appellants respectfully requests that their costs in the amount of $1,601.00 be allowed.

Dated: June 14, 2011

By: s/William N. Howard
William N. Howard
FREEBORN & PETERS LLP
311 S. Wacker Dr., Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6415
Facsimile: (312) 360-6996
*Counsel for NRA, et al.*
*NRA, et al. v. Village of Oak Park*

s/Stephen P. Halbrook
3925 Chain Bridge Rd., Suite 403
Fairfax, VA 22030
Telephone: (703) 359-0938
Facsimile: (703) 472-6439

*Counsel for Appellants:*
*National Rifle Association of America, Inc. and Dr. Gene A. Reisinger, Case No. 10-3965*

By: s/Stephen A. Kolodziej
Stephen A. Kolodziej
Brenner, Ford, Monroe & Scott, Ltd
33 N. Dearborn St., Suite 300
Chicago, IL 60602
Telephone: (312) 781-1970
Facsimile: (312) 781-9202
*Counsel for NRA, et al.*
*NRA, et al. v. City of Chicago*

s/Stephen P. Halbrook
3925 Chain Bridge Rd., Suite 403
Fairfax, VA 22030
Telephone: (703) 359-0938
Facsimile: (703) 472-6439

*Counsel for Appellants:*
*National Rifle Association of America, Inc., Kathryn Tyler, Van F. Welton, and Brett Benson, Case No. 10-3957*

# CERTIFICATE OF SERVICE

The undersigned hereby states that he caused the **Corrected Joint Bill of Costs For National Rifle Association of America, Inc.,** *et al.* to be served upon the parties of record, as shown below, via the Court's CM/ECF filing system on the 14th day of **June, 2011.**

        s/William N. Howard
        Freeborn & Peters LLP
        311 S. Wacker Dr., Suite 3000
        Chicago, IL 60606

## SERVICE LIST

Suzanne M. Loose
City of Chicago Law Department
30 N. LaSalle St., Suite 800
Chicago, IL 60602
*Attys. For City of Chicago.*

David G. Sigale
Law Firm of Dave G. Sigale, P.C.
739 Roosevelt Rd., Suite 304
Glen Ellyn, IL 60147
*Atty. For McDonald, et al.*

Stephen A. Kolodziej
Brenner, Ford, Monroe & Scott, Ltd.
33 N. Dearborn St., Suite 300
Chicago, IL 60602
*Atty. For NRA, et al.*

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
*Atty. For McDonald, et al.*

Clark M. Neily III
901 N. Gleve Rd.
Arlington, VA 22203
*Atty. For Institute of Justice*

# CERTIFICATE OF SERVICE

The undersigned hereby states that he caused the **Corrected Joint Bill of Costs For National Rifle Association of America, Inc.,** *et al.* to be served upon the parties of record, as shown below, by depositing a copy of same, addressed to said parties, in the U.S. Mail, with postage prepaid, on the **14th** day of **June, 2011.**

s/William N. Howard
Freeborn & Peters LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606

## SERVICE LIST

Mara S. Georges
Corporation Counsel
City of Chicago
121 N. LaSalle St., Suite 600
Chicago, IL 60602
*Atty. For City of Chicago*

Lance C. Malina
Jacob Henry Karaca
Klein, Thorpe & Jenkins, Ltd.
20 N. Wacker Dr., Suite 1660
Chicago, IL 60606-2903
*Attys. For Village of Oak Park*

Stephen P. Halbrook
3925 Chain Bridge Rd., Suite 403
Fairfax, VA 22030
*Atty. For NRA, et al.*

Ranjit Hakim
Alexandra E. Shea
Marc R. Kadish
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606
*Attys. For Village of Oak Park*

Raymond L. Heise, Esq.
123 Madison Street
Oak Park, IL 60302
*Atty. For Village of Oak Park*