Nos. 10-3957 and 10-3965 (Consolidated)

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., *et. al.*,

Plaintiffs-Appellants,

v.

CITY OF CHICAGO and VILLAGE OF OAK PARK,

Defendants-Appellees.

---

AFFIDAVIT IN SUPPORT OF
CORRECTED JOINT BILL OF COSTS FOR PLAINTIFFS-APPELLANTS
NATIONAL RIFLE ASSOCIATION, *et. al.*

---

*Appeal from the United States District Court for
the Northern District of Illinois, Eastern Division, Case Nos. 08-3696 and 08-3697
Honorable Milton I. Shadur Presiding*

---

I, William N. Howard, being duly sworn under oath, state as follows:

1. I am one of the attorneys for the Plaintiffs-Appellants in Appeal No. 10-3965 (consolidated with Appeal No. 10-3957).

2. I prepared the foregoing Bill of Costs pertaining to the jointly-filed Plaintiffs-Appellants' briefs / appendix.

3. The costs listed therein were incurred by the Plaintiffs-Appellants.

4. The rates for costs of binding and copying used in this Bill of Costs are the rates that the Office of the Clerk of the Untied States Court of Appeals for the Seventh Circuit has stated are standard rates.

s/William N. Howard
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6415
Facsimile: (312) 360-6996
*Counsel for NRA, et al.*
*NRA, et al. v. Village of Oak Park*
