No. 11-1016

# In The United States Court of Appeals For the Seventh Circuit

OTIS MCDONALD, ADAM ORLOV, COLLEEN LAWSON,
DAVID LAWSON, SECOND AMENDMENT FOUNDATION, INC.,
AND ILLINOIS STATE RIFLE ASSOCIATION,

Plaintiffs-Appellants,

v.

CITY OF CHICAGO,

Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Illinois
The Hon. Milton I. Shadur, Senior District Judge
(No. 08-C-3645)

## BILL OF COSTS

David G. Sigale*
Law Firm of David G. Sigale, P.C.
4300 Commerce Court, Suite 300-3
Lisle, IL 60532
630.452.4547/630.596.4445

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus St., Ste. 405
Alexandria, VA 22314
703.835.9085/703.997.7665

*Counsel of Record

## BILL OF COSTS

Plaintiffs-Appellants ("Plaintiffs"), pursuant to F.R.App.P. 39 and Circuit Rule 39, submit the following Bill of Costs in this matter, which Plaintiffs respectfully request be assessed in their favor and against the Defendant-Appellee:

1.      $455.00 for Notice of Appeal on January 4, 2011;

2.      $293.76 for the printing and copying of the Appendix to Plaintiffs' Appellate brief (2380 copies x .105; 14 x $2.00; $15.86 tax). Attached is counsel's receipt dated February 11, 2011 for $333.03.

3.      $171.95 for the printing and copying of Plaintiffs' Appellate brief (1596 copies x .075; 21 x $2.00; $10.25 tax).  Attached is counsel's receipt dated February 14, 2011 for $215.24.

4.      $95.19 for the printing and copying of Plaintiffs' Reply brief (513 copies x .10; 19 x $2.00; $5.89 tax).  Attached is counsel's receipt dated May 19, 2011 for $168.53.

5.      Plaintiffs' total costs on appeal are $1015.90.

6.      The undersigned verifies and certifies that he is one of the attorneys for the Plaintiffs in Appeal No. 11-1016, that he prepared this

Bill of Costs, that Plaintiffs incurred the above-listed costs, and that the rates of costs for binding and copying are the Clerk of this Court's standard rates.

WHEREFORE, Plaintiffs respectfully request this honorable Court allow their costs in the amount of $1015.90.

Respectfully submitted,

/s/ David G. Sigale
David G. Sigale

The undersigned verifies the above-listed cost items are true and correct under penalty of perjury pursuant to F.R.Civ.P. 11 this 16th day of June, 2011.

/s/ David G. Sigale
David G. Sigale

David G. Sigale*
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road, Suite 304
Glen Ellyn, IL 60137
630.452.4547/630.596.4445

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus St., Ste. 405
Alexandria, VA 22314
703.835.9085/703.997.7665

  *Counsel of Record

CERTIFICATE OF SERVICE

On this, the 16th day of June, 2011, I caused Plaintiffs' Bill of Costs to be filed with the Court and served upon the parties of record listed below *via* the Court's CM/ECF filing system.

Suzanne M. Loose, Esq.
City of Chicago Department of Law
Appeals Division
30 North LaSalle Street, Suite 800
Chicago, IL 60602

Stephen A. Kolodziej, Esq.
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn Street, Suite 300
Chicago, IL 60602

William N. Howard, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

Clark M. Neilly, III, Esq.
901 North Gleve Road
Arlington, VA 22203

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of June, 2011.

        /s/ David G. Sigale
        David G. Sigale