# FedEx Office

FedEx Office is your destination
for printing and shipping.

685 N Washington St
Alexandria, VA 22314-1913
Tel: (703) 739-0783

2/11/2011               9:40:05 AM EST
Team Member: Amber G.
Customer: Candice Hance

SALE

| Large Book | Qty 14 | 317.17 |
|---|---|---|
| FS BW SS8.5x11z/W | 2380 @ | 0.1050 T |
| 0330 Regular Price | 0.12 | |
| Bind Coil CrdStk Std | 14 @ | 4.4900 T |
| 1284 Regular Price | 4.49 | |
| FS BW SS on Res CrdS | 14 @ | 0.3150 T |
| 0005 Regular Price | 0.32 | |
| Price per piece | 22.66 | |
| Regular Total | 364.77 | |
| Discounts | 47.60 | |

Sub-Total        317.17
Tax               15.86
Deposit            0.00

**Total**        333.03

Visa (S)         333.03
  Account: 1542
  Auth: 114601 (A)

Total Tender     333.03
Change Due         0.00

Total Discounts   47.60

---

# FedEx Office

FedEx Office is your destination
for printing and shipping.

685 N Washington St
Alexandria, VA 22314-1913
Tel: (703) 739-0783

2/14/2011               3:14:02 PM EST
Team Member: Darwin S.
Customer: Candice Hance

SALE

| copy | Qty 21 | 201.50 |
|---|---|---|
| FS BW SS Standard | 1596 @ | 0.0750 T |
| 0001 Regular Price | 0.11 | |
| BindComb CardStk Std | 21 @ | 3.4900 T |
| 0458 Regular Price | 3.49 | |
| FS BW SS 8.5x11 CrdS | 21 @ | 0.2150 T |
| 0006 Regular Price | 0.22 | |
| Aux Insert per Piece | 21 @ | 0.1000 T |
| 0387 Regular Price | 0.10 | |
| Sheet Pastel 8.5x11 | 21 @ | 0.0900 T |
| 2485 Regular Price | 0.09 | |
| Price per piece | 9.60 | |
| Regular Total | 257.36 | |
| Discounts | 55.86 | |

| Binding Orgenal | Qty 1 | 3.49 |
|---|---|---|
| BindComb CardStk Std | 1 @ | 3.4900 T |
| 0458 Regular Price | 3.49 | |
| Price per piece | 3.49 | |
| Regular Total | 3.49 | |
| Discounts | 0.00 | |

Sub-Total        204.99
Tax               10.25
Deposit            0.00

**Total**        215.24

Visa (S)         215.24
  Account: 1542
  Auth: 101349 (A)

Total Tender     215.24
Change Due         0.00