

# FedEx Office

FedEx Office is your destination
for printing and shipping.

1163 E Ogden Ave
Naperville, IL 60563-8529
Tel: (630) 369-7373

5/19/2011                12:24:42 PM CST
Team Member: Ana R.
Customer: David Sigale

SALE

| Binds | Qty 19 | 162.64 |
|---|---|---|
| FS BW SS8.5x11Lz/W | 513 @ | 0.1100 T |
| 000330 Reg. Price | 0.12 | |
| Aux Insert per Piece | 19 @ | 0.1000 T |
| 000387 Reg. Price | 0.10 | |
| Bind Coil Mixed Std | 19 @ | 5.4900 T |
| 000887 Reg. Price | 5.49 | |
| Price per piece | 8.56 | |
| Regular Total | 170.34 | |
| Discounts | 7.70 | |

| Sub-Total | 162.64 |
|---|---|
| Tax | 5.89 |
| Deposit | 0.00 |
| **Total** | **168.53** |

| Visa (S) | 168.53 |
|---|---|
| Account: 4680 | |
| Auth: 051666 (A) | |
| Total Tender | 168.53 |
| Change Due | 0.00 |

Total Discounts    7.70

*3618008642 1*

Save up to 55% on banners
through May 31st