# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 24, 2011

To:    Michael W. Dobbins
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago , IL 60604-0000

| | |
|---|---|
| No.: 10-3957 | NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO,<br>Defendant - Appellee |
| No.: 10-3965 | NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>VILLAGE OF OAK PARK,<br>Defendant - Appellee |
| No.: 11-1016 | OTIS MCDONALD, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:08-cv-03697 |
| Northern District of Illinois, Eastern Division |
| District Judge Milton I. Shadur |

| **Originating Case Information:** |
|---|
| District Court No: 1:08-cv-03696 |
| Northern District of Illinois, Eastern Division |

| **Originating Case Information:** |
|---|
| District Court No: 1:08-cv-03645 |
| Northern District of Illinois, Eastern Division |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| AMOUNT OF BILL OF COSTS (do not include the $): | 1591.00 |
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 06/24/2011 |
| RECORD ON APPEAL STATUS: | No record to be returned |

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                              **Received by:**

_____                    _____

form name: **c7_Mandate**(form ID: **135**)