# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

June 24, 2011

Taxed in Favor of: **Appellant Brett Benson ; Appellant National Rifle Association of America, Incorporated ; Appellant Kathryn Tyler ; Appellant Van F. Welton ; Appellant National Rifle Association of America, Incorporated ; Appellant Gene A. Reisinger**

| No.: 10-3957 | NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO,<br>Defendant - Appellee |
|---|---|
| No.: 10-3965 | NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>VILLAGE OF OAK PARK,<br>Defendant - Appellee |
| No.: 11-1016 | OTIS MCDONALD, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO,<br>Defendant - Appellee |
| **Originating Case Information:** | |

| | |
|---|---|
| District Court No: 1:08-cv-03697 | |
| Northern District of Illinois, Eastern Division | |
| District Judge Milton I. Shadur | |
| **Originating Case Information:** | |
| District Court No: 1:08-cv-03696 | |
| Northern District of Illinois, Eastern Division | |

| |
|---|
| **Originating Case Information:** |
| District Court No: 1:08-cv-03645 |
| Northern District of Illinois, Eastern Division |

The mandate or agency closing letter issued in this cause on June 24, 2011.

BILL OF COSTS issued in the amount of: $1591.00.

|   |   | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: _____ | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: _____ | _____ | _____ |
| 3. | For reproduction of briefs: _____ | $  1591.00 | _____ |
| 4. | _____ _____ | _____ | _____ |
| 5. | _____ _____ | _____ | _____ |
|   |   | TOTAL: | $  1591.00 |

form name: **c7_BillOfCosts**(form ID: **140**)